IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, SHIRA LOWINGER, ELIZABETH QUINLAN, CHRIS BOSLEY, CHESTER A. CROCKER, JOHN DOE, JANE DOE, BRAVE GENERATION, INTERMOTION MEDIA, LLC, PEACE in PRAXIS, LLC, c/o Ali & Lockwood LLP 501 H Street NE, Suite 200 Washington, D.C. 20002 *Plaintiffs*, v. U.S. DOGE SERVICE, 736 Jackson Place, N.W. Washington, D.C. 20503 U.S. DOGE SERVICE TEMPORARY ORGANIZATION, Eisenhower Executive Office Building 1650 17th St NW Washington, DC 20500 U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street, NW Washington, DC 20415-1000 U.S. GENERAL SERVICES ADMINISTRATION 1800 F Street, NW Washington, DC 20405 U.S. DEPARTMENT OF STATE 2201 C St NW Washington, DC 20451 AMY GLEASON, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW Washington, D.C. 20503 NATE CAVANAUGH, in his purported official capacities as acting Chairman and President of the United States Institute of Peace and employee of | Civil Action No. 1:25-cv-01090 **NOTICE OF ERRATA** |

1

U.S. DOGE Service and U.S. DOGE Service
Temporary Organization,
2301 Constitution Ave., NW
Washington, D.C. 20037

KENNETH JACKSON, in his purported official
capacity as acting president of the United States
Institute of Peace,
1300 Pennsylvania Avenue NW
Washington, D.C. 20004

MARCO RUBIO, in his official capacities as the
U.S. Secretary of State and as an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

PETE HEGSETH, in his official capacities as the
U.S. Secretary of Defense and an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

VICE ADMIRAL PETER A. GARVIN, in his
official capacities as President of the National
Defense University and an *ex officio* member of
the United States Institute of Peace Board of
Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

U.S. INSTITUTE OF PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

ENDOWMENT FOR THE U.S. INSTITUTE
FOR PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

DONALD J. TRUMP, in his official capacity
as President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

and

2

> TRENT MORSE, in his official capacities as Deputy Director of Presidential Personnel in the White House Presidential Personnel Office, the White House Office, and the Executive Office of the President of the United States,
> 1600 Pennsylvania Avenue, NW
> Washington, D.C. 20500
>
>     *Defendants.*

## NOTICE OF ERRATA

  Plaintiffs Sasha Pippenger et al. respectfully submit the following errata along with a corrected Complaint.

  Due to invalid signatures, Plaintiffs' Complaint filed at ECF No. 1 was rejected by ECF on April 11, 2025, and Plaintiffs received an ECF notification requesting resubmission of the Complaint with the proper signatures. Plaintiffs have therefore corrected the signatures on the Complaint, now signed as /s/ [Attorney Name], and are refiling the document along with this Notice of Errata.

Dated: April 11, 2025    Respectfully Submitted,

               EMERY CELLI BRINCKERHOFF
               ABADY WARD & MAAZEL LLP

                /s/ Daniel M. Eisenberg
               Andrew G. Celli, Jr.*
               Daniel M. Eisenberg
               Rachael Wyant*

               One Rockefeller Plaza, 8th Floor
               New York, New York 10020
               (212) 763-5000

               acelli@ecbawm.com
               deisenberg@ecbawm.com
               rwyant@ecbawm.com

*Attorneys for Plaintiffs*

ALI & LOCKWOOD LLP


_____/s/Kathryn Ali_____
Kathryn Ali
Elizabeth Lockwood
Meghan Palmer

501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475

katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*

*\*Application for admission pro hac vice forthcoming.*