IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sasha Pippenger et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> United States DOGE Service, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-01090 |

### NOTICE OF APPEARANCE

The undersigned counsel notices her appearance on behalf of Plaintiffs in the above-styled case. The undersigned respectfully requests that the Court, and all parties hereto, take notice of her appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

Dated: April 11, 2025

/s/ Kathryn Ali
Kathryn Ali (D.C. Bar No. 994633)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
Katie.ali@alilockwood.com

*Counsel for Plaintiffs*

1