IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>U.S. DOGE Service, et al.,<br><br>    Defendants. | No. 25-cv-1090 |

### DECLARATION OF DANIEL M. EISENBERG

**DANIEL M. EISENBERG**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Of Counsel in the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP. I am personally familiar with the facts set forth in this Declaration and, if called, could testify competently thereto.

2. Pursuant to Local Rule 65.1 of the United States District Court for the District of Columbia, I submit this Declaration and attached exhibits in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

3. Attached here as Exhibit A is a true and correct copy of the declaration of Catherine M. Dale, signed on April 10, 2025.

4. Attached here as Exhibit B is a true and correct copy of the District of Columbia Nonprofit Corporation Act, Pub. L. No. 87-569, 17 Stat. 265, 268 (Aug. 6, 1962).

1

5. Attached here as Exhibit C is a true and correct copy of an undated letter sent by Nate Cavanaugh, in "his capacity as President of the United State Institute of Peace" to the Acting Administrator of the U.S. General Services Administration.

6. Attached here as Exhibit D is a true and correct copy of the Resolution of the Board of Directors of the United States Institute of Peace removing Kenneth Jackson from his role as acting president and appointing Nate Cavanaugh as acting president.

7. Attached here as Exhibit E is a true and correct copy of a U.S. DOGE Service message posted on X on March 31, 2025, available at: https://x.com/doge/status/1906848257705443758.

8. Attached here as Exhibit F is a true and correct copy of the declaration of Sasha Pippenger, signed on April 10, 2025.

9. Attached here as Exhibit G is a true and correct copy of the declaration of Elizabeth Quinlan, signed on April 10, 2025, a true and correct copy of USIP's Severance Policy as of September 10, 2024, and a true and correct copy of the March 28, 2025, USIP "Separation Agreement and Release of Claims" letter.

10. Attached here as Exhibit H is a true and correct copy of the declaration of Shira Lowinger signed on April 10, 2025.

11. Attached here as Exhibit I is a true and correct copy of the declaration of Chris Bosley, on April 9, 2025.

12. Attached here as Exhibit J is a true and correct copy of the declaration of Jane Doe, signed on April 9, 2025.

13. Attached here as Exhibit K is a true and correct copy of the declaration of John Doe, signed on April 9, 2025.

14. Attached here as Exhibit L is a true and correct copy of the declaration of Chester A. Crocker, signed on April 7, 2025.

15. Attached here as Exhibit M is a true and correct copy of the declaration of Tetiana Kotelnykova, on behalf of Brave Generation, signed on April 7, 2025

16. Attached here as Exhibit N is a true and correct copy of the declaration of Wesley Paul Dean, on behalf of InterMotion Media, LLC, signed on April 9, 2025.

17. Attached here as Exhibit O is a true and correct copy of the declaration of Alison Milofsky Mojto, on behalf of Peace in Praxis LLC, signed on April 8, 2025.

18. Attached here as Exhibit P is a true and correct copy of the Gandhi-King Scholarly Exchange Initiative Act, H.R.5517, 116th Cong. (2020).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on April 11, 2025.

Dated: April 11, 2025

                                                      /s Daniel M. Eisenberg
                                                       Daniel M. Eisenberg