# Exhibit E

 **Department of Government Efficiency** 
@DOGE

Each year, the United States Institute of Peace (USIP) receives $55M in congressional (taxpayer) funds.

- Prior management would sweep excess funds into its private Endowment (zero congressional oversight).
- In the past 10 years, USIP has transferred ~$13M to its private Endowment, mainly used for private events and travel.

USIP contracts (now cancelled) include:
- $132,000 to Mohammad Qasem Halimi, an ex-Taliban member who was Afghanistan's former Chief of Protocol.
- $2,232,500 to its outside Accountant, who attempted to delete over 1 terabyte of accounting data (now recovered) after new leadership entered the building
- $1,307,061 to the Al Tadhamun Iraqi League for Youth
- $675,000 for private aviation services

7:17 PM · Mar 31, 2025 · **1.8M** Views

 1.5K      7.3K       27K       1.1K      

 Read 1.5K replies