# Exhibit I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>United States DOGE Service, et al.,<br><br>      Defendants. | **DECLARATION** |

**DECLARATION OF CHRIS BOSLEY**

  I, Chris Bosley, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1.  I am a United States citizen and currently reside in Washington, D.C.

  2.  I previously served nearly 10 years in the United States Navy as an active-duty Intelligence Officer. My duty stations included the USS Carl Vinson, STRATCOM, and on the briefing team for the Chairman of the Joint Chiefs of Staff. For these efforts, I have been awarded the Defense Meritorious Service Medal, the Joint Commendation Medal, and two Navy Achievement medals. I am currently a veteran.

  3.  Until March 28, 2025, I was the Acting Director for the Program on Violence and Extremism at the United States Institute of Peace (USIP). I have held this position for three years and have been employed by USIP for seven.

  4.  In this position, I led a program of research and programmatic activities that focused on rehabilitating and reintegrating individuals who escaped from violent extremist groups back into their communities. In 2021, I also managed USIP's Emergency Response Cell to evacuate over 700 at risk Afghans, Americans, and others from the Taliban takeover.

5. On March 28, 2025, I was notified by the United States Institute of Peace's Acting Director of Human Resources that my position was terminated, effective immediately.

6. I was also notified that my health insurance would end on March 31, 2025. I had received no prior warning.

7. My spouse and I are currently nine months into the process of having a child via surrogacy. The child will likely be due in the coming 18 months. We currently have spent $50,000 on the medical and legal costs of this procedure and will owe at least an additional $145,000 in the coming months.

8. Neither my nor my spouse's insurance cover these costs and we were fully dependent on my salary from the United States Institute of Peace to see this process through.

9. If I am unable to recover my salary, we may be forced to abandon the surrogacy process.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on April 9, 2025

_____
CHRIS BOSLEY

2