# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>United States DOGE Service, et al.,<br><br>         Defendants. | **DECLARATION** |

**DECLARATION OF JANE DOE**

I, Jane Doe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      Until my termination on March 28, 2025, I served as a senior staff member at Center for Thematic Excellence at the United States Institute of Peace (USIP). In this role, I was responsible for setting and executing a program's strategic direction and managing its daily operations, ensuring our work aligned with the USIP's mandate and global peacebuilding priorities.  I led the training and support of leaders engaged in peacebuilding and countering violent extremism across U.S. foreign policy priority regions.

3.      I managed and maintained a global network of nearly 500 key stakeholders, many of whom are working on the frontlines of violent conflict, advancing efforts to mitigate violence, strengthen social cohesion, and promote long-term peace and stability in fragile regions.

4.      I am a Colombian citizen currently residing in the United States on an H1B1 visa. My husband and infant son reside with me, both of whom are dependent on my visa status—my

husband holding an H4 visa and my son being a U.S. citizen, on account of having been born in the United States. I reside in Arlington, Virginia.

5. I am a foreign national authorized to work for the United States Institute of Peace in the United States under a H1B1 visa.

6. On Friday at 11:43 p.m., on March 28, 2025, I was informed that my employment would be terminated. As a result, my work visa will expire within 60 days, requiring me and my family to leave the country by Tuesday, May 27, 2025.

7. My infant son does not hold Colombian citizenship, creating a complex legal situation regarding his ability to reside in Colombia with me and my husband.

8. The H1B1 visa is cap-exempt visa tied to the U.S Institute of Peace work position. If I am suddenly forced to leave, my husband will also lose his ability to remain in the United States, causing financial and emotional distress.

9. The sudden displacement of my family will cause extreme hardship, including economic instability, the loss of our homeplace, the daycare of our son, loss of current opportunities, and the forced separation from a support system we have built in the United States.

10. This situation exacerbates our vulnerability, limiting our access to essential services and financial support during our transition with an abrupt short notice. Given these

circumstances, my removal from the United States would result in significant, irreparable harm to me and my family that cannot be remedied by financial compensation alone.

11.     Because of the imminent loss of my H1B1 visa and the precarious immigration status of my family, I hope to proceed anonymously in this litigation. I fear for the safety and wellbeing of my son and my husband, and would like to protect the privacy of my family.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on April 9, 2025

/s/ Jane Doe
JANE DOE

3