# Exhibit N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> United States DOGE Service, et al., <br><br> Defendants. | **DECLARATION** |

**DECLARATION OF INTERMOTION MEDIA, LLC BY WESLEY PAUL DEAN**

I, Wesley Paul Dean, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration for InterMotion Media, LLC, which is based on its knowledge, information, and belief.

2. I am the founder and lead video producer of InterMotion Media, LLC ("InterMotion") a production company based and registered in Virginia that specializes in video content for education, training, and nonprofit clients.

3. InterMotion has worked with the United States Institute of Peace (USIP) since 2012, primarily producing video content for their online training courses in the peacebuilding field. After going through a bidding process, InterMotion Media entered into a Blanket Purchase Agreement with USIP in 2023 for video services.

4. One of those task orders was to create an online course related Preventing and Countering Violent Extremism (PCVE). On January 28th, 2025, InterMotion received a Stop

1

Work Order for this project. At that point, the majority of the work had been completed, but InterMotion had not been paid for the editing.

5. On March 2, 2025, USIP informed InterMotion that the funds for the PCVE course had been rescinded. On March 3, 2025, InterMotion confirmed receipt of the termination letter and submitted a formal termination settlement proposal for $5,600 to cover the work that had been completed before the initial stop work order was issued.

6. On March 17, 2025, USIP notified InterMotion that after an extensive review process, they had accepted the termination settlement proposal and would be issuing a payment as soon as possible for $5,600.

7. To date, no payment has been received.

8. For a second task order, InterMotion Media completed multiple deliverables under a course called "RISE." RISE stands for "Rehabilitation and Reintegration through Individual, Social, and Structural Engagement". Under that activity, InterMotion created training and education videos. USIP staff confirmed acceptance of those deliverables, and InterMotion submitted an invoice for $8,325 on March 17, 2025. That invoice has also gone unpaid.

9. All USIP staff I had worked with ceased responding to their work emails the evening of March 17, 2025.

10. On March 31, 2025, I received a series of contract terminations from Carter Farmer on behalf of USIP's purported "Acting Chairman and President," Nate Cavanaugh. They were effective immediately and did not follow the 5-day notice period required in our contract. I was instructed to contact him or my contracting officer to negotiate a settlement for each contract. However, all of my contracting officers reported to me that they had been fired at that point.

11. I sent an email to Nate Cavanaugh that bounced back with a message that read, "Your message wasn't delivered to cavanaughn@usip.org because the address couldn't be found, or is unable to receive mail."

12. InterMotion Media has now lost almost $15,000 owed for services that were contracted, delivered, and accepted. These funds were committed to paying subcontractors to help film, edit, and translate course content for the USIP projects. The failure to pay has caused financial hardship for our small business. Our inability to pay our subcontractors is also likely to damage our professional reputation and goodwill with business partners.

13. Further, USIP is also in possession of professional-grade green screen equipment that I own in USIP's video studio, which was used for InterMotion's contracted video production work. I have not received any notice or instructions about how to retrieve this equipment. I have seen reports and court filings indicating that the USIP building is now owned by the General Services Administration, which makes me fear that InterMotion's private property has been seized.

14. If USIP is non-responsive to contract disputes or is otherwise unable to satisfy its financial obligations, InterMotion risks permanent financial loss with no recourse. InterMotion, and myself as the founder of the company, am also at risk of losing vital business partnerships with subcontractors and other stakeholders as a result of our inability to pay our bills.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 9, 2025, in Solin, Croatia.

*Wesley P Dean*

INTERMOTION MEDIA, LLC by Wesley Dean, Founder & Lead Video Producer