**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SASHA PIPPENGER, et al., | |
| Plaintiffs, | |
| -against- | Civil Action No. 1:25-cv-01090 |
| U.S. DOGE Service, et al., | |
| Defendants. | |

### CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that on April 11, 2025, I emailed the Chief of the Civil Division for the United States Attorney's Office for the District of Columbia, and the Director of the Federal Programs Branch of the Department of Justice to provide them with notice that Plaintiffs Sasha Pippenger, Shira Lowinger, Elizabeth Quinlan, Chris Bosley, Chester A. Croker, John Doe, Jane Doe, Brave Generation, InterMotion Media LLC, and Peace in Praxis, LLC (collectively, "Plaintiffs"), would be filing the accompanying Motion for a Temporary Restraining Order and Preliminary Injunction, and I attached to each email electronic copies of the Complaint and the Motion and its accompanying Memorandum, Declarations, Exhibits, and Proposed Order.

To provide further notice of the filing of Plaintiffs' Complaint, the Motion, and the documents accompanying the Motion, I also telephoned (1) D.C. U.S. Attorney's Office Civil Chief Brian Hudak at 3:20 p.m. on April 11, 2025, and left a message regarding the filing of the Motion, and (2) Department of Justice Federal Programs Branch Director Alex Haas at 3:24 p.m. on April 11, 2025, and left a message regarding the filing of the Motion.

Counsel for Plaintiffs will send physical copies of the relevant papers by certified mail to Defendants, the United States Attorney's Office for the District of Columbia, and the Office of the United States Attorney General.

Dated: April 11, 2025

Respectfully submitted,

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP


 /s/     Daniel M. Eisenberg
Daniel M. Eisenberg
One Rockerfeller Plaza, 8th Fl.
d.eisenberg@ecbawm.com

*Counsel for Plaintiffs*