IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sasha Pippenger et al., *Plaintiffs*, v. United States DOGE Service, et al., *Defendants*. | Civil Action No. 1:25-cv-01090 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 8)**

On April 11, 2025, Plaintiffs filed a Complaint (ECF Nos. 1 &2) and Motion for Temporary Restraining Order (ECF No. 8). On April 14, 2025, Plaintiffs filed an Amended Complaint (ECF No. 9) and will imminently be filing an Amended Motion for Temporary Restraining Order based on that amended complaint. Plaintiffs accordingly submit this notice stating their intent to withdraw their previously filed Motion for Temporary Restraining Order (ECF No. 8), which will be replaced by an amended motion.

Dated: April 14, 2025

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | ALI & LOCKWOOD LLP |
|---|---|
| /s/  Daniel M. Eisenberg | /s/  Kathryn Ali |
| Andrew G. Celli, Jr.* | Kathryn Ali |
| Daniel M. Eisenberg | Elizabeth Lockwood |
| Rachael Wyant* | Meghan Palmer |
| One Rockefeller Plaza, 8th Floor | 501 H Street NE, Suite 200 |
| New York, New York 10020 | Washington, D.C. 20002 |
| (212) 763-5000 | (202) 651-2475 |
| acelli@ecbawm.com | katie.ali@alilockwood.com |
| deisenberg@ecbawm.com | liz.lockwood@alilockwood.com |

rwyant@ecbawm.com                    meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*                  *Attorneys for Plaintiffs*