IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>U.S. DOGE Service, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-01090 |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER
<u>AND PRELIMINARY INJUNCTION</u>**

  Plaintiffs Sasha Pippenger, Shira Lowinger, Elizabeth Quinlan, Chris Bosley, Chester A. Crocker, Mohamed Khalil Abuznad, Brave Generation, InterMotion Media LLC, and Peace in Praxis, LLC (collectively, "Plaintiffs"), respectfully move pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order and preliminary injunction. This emergency relief is necessary due to the exigency of the circumstances and the irreparable injuries that the requested temporary restraining order and preliminary injunction is intended to prevent.

  The grounds for this motion are set forth in the attached memorandum of law and its supporting declarations and exhibits. A proposed order and a certification of compliance with Local Civil Rule 65.1 are attached hereto.

Dated: April 14, 2025                              Respectfully submitted,

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | ALI & LOCKWOOD LLP |
|---|---|
| /s/ Daniel M. Eisenberg | /s/ Kathryn Ali |
| Andrew G. Celli, Jr.* | Kathryn Ali |
| Daniel M. Eisenberg | Elizabeth Lockwood |
| Rachael Wyant* | Meghan Palmer |
| One Rockefeller Plaza, 8th Floor | 501 H Street NE, Suite 200 |
| New York, New York 10020 | Washington, D.C. 20002 |
| (212) 763-5000 | (202) 651-2475 |
| acelli@ecbawm.com | katie.ali@alilockwood.com |
| deisenberg@ecbawm.com | liz.lockwood@alilockwood.com |
| rwyant@ecbawm.com | meghan.palmer@alilockwood.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

*Application for admission pro hac vice forthcoming.*