# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>United States DOGE Service, et al.,<br><br>    Defendants. | **DECLARATION** |

**DECLARATION OF CATHERINE DALE**

I, Catherine Dale, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I was Acting Vice President of the Center for Russia and Europe (CRE), at the United States Institute of Peace (USIP), until I was fired along with most of my USIP colleagues on March 28, 2025. I had joined USIP in September 2024 as Senior Advisor and Director of CRE. I became Acting Vice President upon the departure from USIP by the previous CRE Vice President, Ambassador (retired) William Taylor, and I also served as Acting Vice President during his many long absences on business travel.

3. I brought to USIP deep regional expertise and an extensive professional background in the field, both in and out of government service. I earned my AB in Slavic Studies from Harvard University, my MS in National Security Strategy from the National War

    College, and my Ph.D. in Political Science from the University of California, Berkeley. Outside government, I served previously as the Director of the Center for Russia and Eurasia at the RAND Corporation, as a Specialist in International Security at the Congressional Research Service, and as the Special Assistant to the Special Representative of the United Nations Secretary General for Georgia. In government, I have served many times as strategic advisor to senior military commanders – including at the NATO International Security Assistance Force in Afghanistan, at U.S. European Command in Stuttgart, Germany, and most recently at Army Futures Command in Austin, TX.

4. CRE is one of USIP's programmatic Centers – the heart of our work in support of USIP's statutory mandate to advance peace. CRE focuses on the impact and influence of Russia in the neighboring region and across Europe, and on the unresolved conflicts in the region. CRE's work includes advancing peace in the region by using traditional peacebuilding tools including quietly convening representatives of parties in conflict to explore potential solutions, conducting sensitive dialogues, and working with partners from the region to provide peacebuilding training, among other efforts.

5. As Acting Vice President, I regularly attended USIP's weekly leadership meetings that included the Acting President, the rest of the Executive Office, and the other VPs. USIP uses these sessions to discuss challenges and generate solutions, and to provide updates so that all senior leaders are informed about important efforts and developments. I also frequently worked with USIP leadership on core Institute functions including budgeting, staffing, and communicating our narrative. I engaged with USIP's Board of Directors to represent our Center.

6. The USIP statute states explicitly that the Institute is an independent nonprofit and that USIP employees are not federal government employees. Not only is it true in statute that USIP is nongovernmental, but it is also manifestly obvious "in reality", in how USIP staff do their jobs every day. Based on my experience, the single most defining characteristic of the Executive Branch is that its members "execute" the policies and directions of the Executive Branch. Executive Branch members work in clear chains of command, running up to the President of the United States. In a Combatant Command, for example, I worked for the Commander, who by statute "is responsible to the President and to the Secretary of Defense" (Title 10 U.S.C. §164(b)(1). At U.S. European Command, our job was to carry out directions from the President passed down through the Department of Defense (DoD).

7. USIP is entirely different. USIP does not make policy, and USIP does not implement policy. USIP can choose to work with the Executive Branch on projects, but the choice is USIP's – based on capacity and capabilities, and on whether a project fits with USIP's peace mandate.

8. USIP's mandate is from Congress and is articulated in the 1984 USIP Act. USIP is responsible to Congress, and to the American people whom its Members represent, for carrying out that mandate. Congress holds USIP accountable for accomplishing its statutory mission by reviewing the budget justifications that USIP submits and by appropriating funding for USIP on the basis of those justifications – as Congress has done for 40 years.

9. It is the very fact that USIP is independent that allows USIP to be the nation's leading voice and catalyst for peace. Our independence allows us to engage with governments or

    groups that the U.S. government does not want to engage for policy reasons, or that do not, themselves, want to engage the U.S. government. Our partners – government officials, civil society, and community leaders from around the world – are willing to work with us on sensitive issues because they trust in our independence and discretion. We have proven ourselves worthy of that trust with our 40- year-long track record.

10. My comparative perspective between Executive Branch service and work for nongovernmental entities also makes clear to me that USIP does not behave like an Executive Branch agency in the practical ways we operate.

11. USIP's personnel systems and practices are very different from those used in the Executive Branch. When I joined USIP, I was not asked to take an oath of office, as required in government, because that practice does not apply at USIP. I was not issued the usual SF-50 form, marking personnel actions in government, because USIP does not participate in government-wide personnel recordkeeping.

12. When I joined USIP last year, it was an adjustment for me, leaving behind the familiar federal employee benefits I had enjoyed for many years. USIP employees do not use the federal government health insurance system (Federal Employee Health Benefits), or the federal retirement systems (Federal Employee Retirement System and the Thrift Savings Program). Instead, USIP – as an independent nonprofit corporation – uses commercial providers to offer health and retirement benefits to its employees.

13. As I learned through participation in many USIP leadership sessions, USIP also uses a private payroll provider to pay salaries to its employees. USIP's financial management team transfers funds for payroll to the provider through a commercial bank account held in the Institute's name. That payroll provider is the one who withholds taxes.

14. Taking business trips for USIP is very different from official government travel. Unlike those in government, USIP employees do not have diplomatic or official passports – we travel on our personal passports. We do not use "government travel credit cards," and we do not use any government travel booking system such as the Defense Travel System used at DoD. When we visit a country, we are not subject to Chief of Mission authority. This entails some additional risk, but it also gives us the freedom we need to explore opportunities for peace at the margins.

15. For example, when I made a business trip for USIP in late fall 2024 to wartime Ukraine, my traveling companions, who were from other think tanks, and I, were able to chart our itinerary and meet freely with Ukrainian interlocutors across the country, without needing permission from the U.S. Embassy in Kyiv.

16. That freedom contrasts with my experiences as a government employee, in another war zone, Afghanistan, where I served as an advisor in International Security Assistance Force, a U.S.-led NATO military command. There, as a civilian, I was subject to many rules and restrictions imposed by DoD, including limitations on my travel and engagement with Afghans. Throughout my several years there altogether, I met regularly with colleagues from USIP's Kabul-based team. They were able to travel widely across the country and engage freely with a wide range of civil society and local communities. As a result, their direct insights were always far superior to my own. I understood clearly that those direct insights were essential to their peacebuilding efforts.

17. From my work with the USIP leadership body, and in helping craft USIP's budget justifications for Congress, I know well that Congress gave USIP "bypass" authority in the budgeting process. USIP is entitled to present its budget requests directly to Congress,

without working through the Office of Management and Budget (OMB). Based on my past role as a special assistant for the Deputy Secretary of Defense, helping build and justify the DoD budget, I am familiar with the active role OMB plays in setting budget toplines and shaping budget requests for Executive Branch agencies. That OMB role simply does not apply to USIP.

18. Perhaps uniquely, I had the pleasure of returning to USIP last year after a 30-year absence. I had worked at USIP from 1993 to 1994 as a young research assistant, at one of our earlier locations at 1550 M Street NW. The most striking change since that time was the construction of our headquarters at 2301 Constitution Avenue NW, built with private donations and fully owned by the Institute. The building, shaped like a dove, is a compelling symbol of peace for all who visit, or drive by, or fly over. The many guests we host – from Nobel Peace Prize laureates, to government officials from around the world, to young peacebuilders learning new peace skills – never fail to comment that the setting magnifies our efforts. The building makes people take notice, engages their interest, and reinforces our powerful message of peace.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on April 10, 2025.

Signed: /s/ Catherine M. Dale

Print Name: Catherine M. Dale