# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SASHA PIPPENGER, et al.,

        Plaintiffs,

-against-

United States DOGE Service, et al.,

        Defendants.

**DECLARATION**

### DECLARATION OF CHESTER A CROCKER

I, Chester A. Crocker, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a retired professor of strategic studies at Georgetown University and a former diplomat serving in the Department of State from 1981 to 1989. I joined the USIP Board of Directors after being nominated by the then-President of the United States and confirmed by the United States in 1992, and served until 2011. I served as Board Chair from 1992 to 2004 after election by the majority vote of the bipartisan members of the Board of Directors.

3. I have donated money to the Endowment of the United States Institute of Peace (USIP Endowment) on several occasions with the overall intent to support USIP's important peacebuilding mission as an independent and non-partisan non-governmental institution.

4. My first donation to the USIP Endowment was $10,000 signed gift agreement of April 25, 2019 in the form of a five-year pledge of $2,000 a year given for the purpose of supporting the expansion of USIP's work through renovations of new office and conference

1

space in the additional buildings USIP acquired adjacent to the Headquarters building known as the "Bush" and "Clinton" buildings. This pledge was completed on June 6, 2023 when USIP received my final contribution. This gift was made in support of the capital costs of the refurbishment of those structures.

5. My second donation to the USIP Endowment was by a 5-year pledge agreement of $25,000 ($5,000 a year) dated August 12, 2020 for the purpose of endowing a conference room on the 5th floor of the USIP Headquarters building in the name of former USIP President Nancy Lindborg. The condition that attached to this gift was that it remain in that status in perpetuity. The final year of this pledge was to be completed in May of this year.

6. I have learned through the USIP Board filing at ECF No. 15-3 in *United Institute of Peace v. Jackson et. al*, No. 25 Civ. 00804 (Mar. 31, 2025) in the District Court for the District of Columbia, that the nominal USIP President and DOGE Service employee Nate Cavanaugh has assumed control of the USIP Endowment and claimed to convey the Title for the USIP Headquarters building to the General Services Administration.[1]

7. I have further learned through a post on X[2] by the DOGE Service that $13 million has reportedly been transferred from the USIP Endowment to the U.S. Treasury.

8. I have grave concern that the money I donated to USIP for the specific purpose of supporting a permanent named conference room and supporting peace building activities in USIP's campus is being taken by DOGE Service and converted for uses that directly contradict the intent and the conditions of my donations. I believe that this violates my contractual

---

[1] https://www.courtlistener.com/docket/69754533/15/3/united-states-institute-of-peace-v-jackson/
[2] The tweets can be found at the following URLs, and were last accessed as of the date of this Declaration: https://x.com/doge/status/1907229152073199840.

2

3

understanding with the USIP Endowment. I also fear that my donation's impact will be permanently lost.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on April 7, 2025

*[signature: Chester Crocker]*

CHESTER A CROCKER

3