# Exhibit M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SASHA PIPPENGER, et al.,

                Plaintiffs,

    -against-

United States DOGE Service, et al.,

               Defendants.

**DECLARATION**

### DECLARATION OF BRAVE GENERATION BY TETIANA KOTELNYKOVA

I, Tetiana Kotelnykova, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration for Brave Generation, which is based on its knowledge, information, and belief.

2. I am the Co-Founder, President, and Executive Director of the NGO Brave Generation. Brave Generation is a registered non-profit organization. One of our major initiatives is MentorUkraine, a global network of mentors for young peace builders.

3. My reasons for founding Brave Generation were based on my own experiences as a Ukrainian, from the city Horlivka in eastern Ukraine. When Russia invaded eastern Ukraine in 2014, my family and I were forced to flee. And when Russia launched its full-scale invasion against Ukraine in 2022, I was forced to flee Ukraine altogether. I founded Brave Generation with Ukrainian partners to support our young peers in rebuilding their lives and preparing to play leading roles in a future peace.

4. Last year, Brave Generation partnered with the Center for Russia and Europe at the United States Institute of Peace (USIP), to conduct a five-month-long project called the East

1

European Youth Dialogue. The project included a week-long conference hosted by USIP at their headquarters in Washington, DC, and close virtual coordination with USIP throughout. The participants included young people from Russia, Belarus, and Ukraine—many of whom are known dissidents, human rights defenders, and peace activists currently at risk of targeted repression.

5. Among the Russian peace activist participants, many had already experienced repression from Russian authorities at home. One participant told me that he had been detained and tortured by Russian security organs for his peace activism. Even Russian activists in exile are not safe from Russian efforts to silence them, and their family members at home in Russia can be subject to even more direct persecution.

6. All of the Belarussian participants had previously experienced persecution at the hands of the Lukashenko regime, which is closely allied with Putin's Russia. Most of them have current warrants out for their arrests. Even if they are in exile, they are not safe from the reach of Belarussian authorities -- and their families at home are also subject to persecution.

7. Ukrainian participants too, took a risk by participating. Russian authorities target those who build bridges among Ukrainian peace activists and Russian anti-war activists.

8. To support the organization of the dialogue, participants provided personal information that could be used to identify and locate them. When they agreed to participate, participants stressed the importance of keeping their personal information secure. If this personal information were to be made public or reach the hands of foreign state actors, it would foreseeably result in high risk renewed or escalated persecution, including the risk of imprisonment, physical harm, or worse, for our participants, and for their family members at

home. During the event, [Participant X] specifically told me, "My family might be killed by the Russian authorities if they find out about my participation."

9. Brave Generation trusted USIP with this personal information based on USIP's longstanding reputation for independence, neutrality, and its established record of discretion in handling high-risk, sensitive matters, and on our direct personal relationships with close, trusted colleagues at USIP. That trust does not extend to the people we do not know, who have taken over USIP and fired our close colleagues and friends.

10. Under current conditions, the safety and security of our personal information is in grave doubt. That doubt alone is already a source of severe moral and psychological damage for me – with my family at home living in Russian-occupied Ukraine and directly subject to Russian repression. Other participants have told me they share the same deep anxiety about the safety of their personal information.

11. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Executed in New Haven, Connecticut on April 7, 2025.

_____
Tetiana Kotelnykova, Co-Founder,
President, and Executive Director
of Brave Generation