# Exhibit O

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>United States DOGE Service, et al.,<br><br>                    Defendants. | **DECLARATION** |

### DECLARATION OF ALISON MILOFSKY MOJTO/PEACE IN PRAXIS

I, Alison Milofsky Mojto, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Founder and President of Peace in Praxis, LLC ("Peace in Praxis") a company based in Maryland that specializes in research, curriculum development, and training design for education, training, and nonprofit clients.

3. Peace in Praxis has worked with the United States Institute of Peace ("USIP") since 2022, primarily developing frameworks to guide facilitators in developing programs, designing training curricula, delivering trainings, and researching concepts for new online courses in the peacebuilding field. After going through a bidding process, Peace in Praxis secured a contract on April 1, 2024 for $19,428.00 to develop a Youth-Centered Dialogue Framework (#95314424P1QA00394).

4. On December 30, 2024 USIP modified the contract, adding $3815.00 to add deliverables for additional interviews (deliverable 7) and expert consultations (deliverable 8) for the development of the Youth Centered Dialogue Framework.

5. On February 21, 2025, Peace in Praxis submitted invoice 5 to invoices@usip.org, in the amount of $3815, for completed work on deliverables 7 and 8 in the modified contract. On February 24, 2025, Peace in Praxis resubmitted the invoice to invoices@usip.org as Invoice 6 for the completed work on deliverables 7 and 8 in the modified contract. Invoice 6 was the same as invoice 5 but with a corrected invoice number to reflect the correct number of invoices submitted against the contract (6 rather than 5). The COTR acknowledged acceptance of the deliverable before they were fired.

6. On March 31, Peace in Praxis received a contract termination from Carter Farmer on behalf of USIP's Acting Chairman and President, Nate Cavanaugh. The contract termination was effective immediately and did not follow the 5-day notice period required in the contract. In the email, I was instructed to "contact [Nate Cavanaugh] and [the] contracting officer to negotiate settlement of this contract, if applicable…" However, my contracting officer reported to me that they had been fired at that point.

7. On April 1, Peace in Praxis sent an email to invoices@usip.org, cc'ing Nate Cavanaugh and Carter Farmer, resubmitting the invoice originally sent on February 24, 2025. The email to Nate Cavanaugh bounced back with the subject "Undeliverable: FW: USIP – Notice of Contract Termination. The message read, "Your message to cavanaughn@usip.org couldn't be delivered. Cavanaugh wasn't found at usip.org" This has led me to believe that DOGE is dismantling the systems and funding sources that would enable payments to be processed.

8. Peace in Praxis has now lost $3815 owed for services that were contracted, delivered, and accepted. These funds were committed to paying subcontractors to help conduct interviews and analyze interview data. The failure to pay has caused financial hardship for our small business and significant emotional stress for me personally.

9. If USIP is unable to pay money it legally owes, Peace in Praxis risks permanent financial loss with no recourse. As a vendor, we have no federal point of contact for dispute resolution, and I fear that USIP's obligations could be extinguished without payment.

10. I respectfully submit this declaration to affirm the real-world consequences of the ongoing actions to dissolve or repurpose USIP and to urge the Court to take these harms into account when evaluating the legality of those actions.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chevy Chase, Maryland on April 8, 2025.

ALISON MILOFSKY MOJTO