134 STAT. 3114   PUBLIC LAW 116–260—DEC. 27, 2020

Gandhi-King Scholarly Exchange Initiative Act.

# Subtitle D—Gandhi-King Scholarly Exchange Initiative Act

**SEC. 331. SHORT TITLE.**

This subtitle may be cited as the "Gandhi-King Scholarly Exchange Initiative Act".

**SEC. 332. FINDINGS.**

Congress makes the following findings:

(1) The peoples of the United States and India have a long history of friendship and the interests of the peoples of the United States, India, and the world will benefit from a stronger United States-India partnership.

(2) Mohandas Karamchand Gandhi and Martin Luther King, Jr., were dedicated leaders fighting for social justice and social change, peace, and civil rights in their respective communities, and countries and in the world.

(3) The use of nonviolent civil disobedience is a shared tactic that has played a key role in defeating social injustice in India, the United States, and in other parts of the world.

(4) Mohandas Gandhi, who was born on October 2, 1869, was murdered on January 30, 1948, after dedicating his life to the peaceful empowerment of the people of India and to the end of British colonial rule.

(5) Martin Luther King, Jr., who was born on January 15, 1929, was murdered on April 4, 1968, after a life dedicated to peaceful movements against segregation, discrimination, racial injustice, and poverty.

(6) In February 1959, Dr. King and his wife, Coretta Scott King, traveled throughout India. By the end of his monthlong visit, Dr. King said, "I am more convinced than ever before that the method of nonviolent resistance is the most potent weapon available to oppressed people in their struggle for justice and human dignity.".

(7) Fifty years after Dr. King's visit, All India Radio, the national radio station of India, discovered a taped message by Dr. King that emphasized the intellectual harmony between the messages of Dr. King and Mohandas Gandhi on nonviolent social action.

(8) On August 22, 2011, the Dr. Martin Luther King, Jr., National Memorial opened to the public in Washington, DC. This newest memorial on the National Mall pays tribute to Dr. King's national and international contributions to world peace through nonviolent social change.

(9) The 116th Congress coincides with both the 150th birth anniversary of Mohandas Gandhi and the 90th birth anniversary of Dr. Martin Luther King, Jr.

(10) Mohandas Gandhi, who employed the principle of satyagraha, or "fighting with peace", has come to represent the moral force inspiring many civil and social rights movement around the world.

(11) Dr. King's effective use of Gandhi's principles was instrumental to the American civil rights movement.

(12) There is a long history of civil and social rights movements in the United States and in India. As the relationship between the United States and India evolves, a binational

PUBLIC LAW 116–260—DEC. 27, 2020          134 STAT. 3115

foundation through which the governments of each country can work together and catalyze private investment toward development objectives would provide an ongoing, productive institution and symbol of the friendship and common ideals of the respective governments and their peoples.

(13) There is a global goal of ending tuberculosis by 2030, the United States and India seek a TB-Free India by 2025, and the United States-India Gandhi-King Development Foundation, as described in this subtitle, could help address gaps across the TB value chain in prevention, detection, diagnosis, and treatment, and catalyze market-based strategies to bridge the service gap for the "last mile".

(14) Leaders in both countries have prioritized the United States-India relationship and continue to support a strengthened United States-India partnership, recognizing that it will be one of the defining partnerships of the 21st century.

**SEC. 333. GANDHI-KING SCHOLARLY EXCHANGE INITIATIVE.**

(a) IN GENERAL.—In order to further the shared ideals and values of Mohandas Gandhi and Martin Luther King, Jr, the Secretary of State should establish, in cooperation with the appropriate representatives of the Government of India, a professional exchange program known as the "Gandhi-King Scholarly Exchange Initiative". The initiative should be comprised of the following:

(1) An annual educational forum for scholars from the United States and India that focuses on the social justice and human and civil rights legacies of Mohandas Gandhi and Martin Luther King, Jr., which should—

(A) be held alternately in the United States and in India;

(B) include representatives from governments, nongovernmental organizations, civic organizations, and educational, cultural, women's, civil, and human rights groups, including religious and ethnic minorities and marginalized communities; and

(C) focus on studying the works of Gandhi and King, and applying their philosophies of nonviolent resistance to addressing current issues, including poverty alleviation, conflict mitigation, human and civil rights challenges, refugee crises, and threats to democracy and democratic norms in countries around the world.

(2) An undergraduate, graduate, and post-graduate student exchange for students in the United States and India to—

(A) study the history and legacies of Martin Luther King, Jr., and Mohandas Gandhi; and

(B) research, develop, and recommend best practices relating to peace, nonviolence, and reconciliation in current conflict regions.

(b) SUNSET.—The authorities provided under this section shall terminate on the date that is five years after the date of enactment of this Act.

**SEC. 334. GANDHI-KING GLOBAL ACADEMY.**

(a) IN GENERAL.—The president and chief executive officer of the United States Institute of Peace should create a professional development training initiative on conflict resolution tools based on the principles of nonviolence. Such training initiative shall be known as the Gandhi-King Global Academy and should—

134 STAT. 3116         PUBLIC LAW 116–260—DEC. 27, 2020

(1) include representatives from governments, nongovernmental organizations, civic organizations, and educational, cultural, women's, civil, and human rights groups, including religious and ethnic minorities and marginalized communities in countries with ongoing political, social, ethnic, or violent conflict;

(2) include a specific focus on the success of nonviolent movements, inclusion, and representation in conflict resolution;

(3) develop a curriculum on conflict resolution tools based on the principles of nonviolence; and

(4) make the curriculum publicly available online, in person, and through a variety of media.

(b) PROHIBITION.—The United States Institute of Peace may not, in the course of any activity authorized by subsection (a), enter into any contract with an outside entity to conduct advocacy on its behalf.

(c) SUNSET.—The authorities provided under this section shall terminate on the date that is five years after the date of enactment of this Act.

**SEC. 335. ESTABLISHMENT OF THE UNITED STATES-INDIA GANDHI-KING DEVELOPMENT FOUNDATION.**

(a) ESTABLISHMENT.—The Administrator of the United States Agency for International Development (USAID), with the concurrence of the Secretary of State and in coordination with appropriate counterparts in the Government of India, is authorized to establish, on such terms and conditions as are determined necessary, one or more legal entities to compose the United States-India Gandhi-King Development Foundation (in this section referred to as the "Foundation"). Each such legal entity within the Foundation shall be organized under the laws of India and shall not be considered to be an agency or establishment of the United States Government and shall not have the full faith and credit of the United States.

(b) FUNCTIONS.—The Foundation, through one or more entities referred to in subsection (a)—

(1) shall identify development priorities and administer and oversee competitively-awarded grants to private nongovernmental entities to address such priorities in India, including—

(A) health initiatives addressing tuberculosis (TB), water, sanitation, and health (WASH), and pollution and related health impacts (PHI);

(B) pollution, plastic waste reduction, and climate-related shocks;

(C) education; and

(D) empowerment of women;

(2) should provide credible platforms and models, including returnable capital to attract and blend public and private capital, which can then be deployed efficiently and effectively to address the priorities identified in paragraph (1).

(c) ADDITIONALITY.—

(1) IN GENERAL.—Before an entity within the Foundation makes a grant under subsection (b)(1) to address a priority identified under such subsection, the Foundation shall ensure that private sector entities are afforded an opportunity to support the projects funded by such grants.

PUBLIC LAW 116–260—DEC. 27, 2020        134 STAT. 3117

(2) SAFEGUARDS, POLICIES, AND GUIDELINES.—The Foundation shall develop appropriate safeguards, policies, and guidelines to ensure that grants made under subsection (b)(1) operate according to internationally recognized best practices and standards, including for transparency and accountability.

(d) LIMITATIONS.—No party receiving a grant made under subsection (b)(1) may receive such grant in an amount that is more than five percent of amounts appropriated or otherwise made available under section 337(a)(3) to the entity in the Foundation making such grant.

(e) GOVERNING COUNCIL.—

(1) PURPOSE.—The Government of the United States and the Government of India shall convene a Governing Council to provide guidance and direction to the Foundation.

(2) APPOINTMENT OF MEMBERS.—The Administrator of the United States Agency for International Development, with the concurrence of the Secretary of State, shall appoint a majority of the Governing Council of the Foundation for a period of five years following the establishment of the Foundation.

(3) CHARTER.—The Governing Council of the Foundation shall adopt a charter for the operation of the Foundation, which shall include provisions to—

(A) identify development priorities or a process to identify development priorities;

(B) define criteria for application, merit review, and transparent, competitive awarding of grants by the Foundation; *Criteria.*

(C) establish an annual organization-wide audit by an independent auditor in accordance with generally accepted auditing standards, the results of which shall be made immediately available to the Board, the Administrator of the United States Agency for International Development, and the appropriate Government of India counterpart;

(D) assist in the creation of project specific timetables for each of the projects funded by a grant from the Foundation;

(E) establish an oversight role and march-in audit rights for the Administrator of the United States Agency for International Development and the appropriate Government of India counterpart; and

(F) establish an annual report on the activities of the Foundation to be made publicly available.

(f) PUBLICLY AVAILABLE PROJECT INFORMATION.—The Foundation shall maintain a user-friendly, publicly available, machine readable database with detailed project level information, as appropriate, including a description of the grants made by the Foundation under this section and project level performance metrics.

(g) DETAIL OF UNITED STATES GOVERNMENT PERSONNEL TO THE FOUNDATION.—

(1) IN GENERAL.—Whenever the Administrator of the United States Agency for International Development or the Secretary of State determines it to be in furtherance of the purposes of this subtitle, the Administrator and the Secretary are authorized to detail or assign any officer or employee of the Agency or the Department, respectively, to any position in the Foundation to provide technical, scientific, or professional assistance to the Foundation or, in cooperation with the *Determination.*

Foundation, to implementing partners of the Foundation, without reimbursement to the United States Government.

(2) STATUS.—Any United States Government officer or employee, while detailed or assigned under this subsection, shall be considered, for the purpose of preserving their allowances, privileges, rights, seniority, and other benefits as such, an officer or employee of the United States Government and of the agency of the United States Government from which detailed or assigned, and shall continue to receive compensation, allowances, and benefits from program funds appropriated to that agency or made available to that agency for purposes related to the activities of the detail or assignment, in accordance with authorities related to their employment status and agency policies.

(3) SUNSET.—The authorities provided under this subsection shall terminate on the date that is five years after the establishment of the Foundation.

**SEC. 336. REPORTING REQUIREMENTS.**

(a) INITIAL REPORTS.—Not later than 120 days after the date of the enactment of this Act—

(1) the Secretary of State shall submit to the Committee on Foreign Affairs and the Committee on Appropriations of the House of Representatives and the Committee on Foreign Relations and the Committee on Appropriations of the Senate a report on the Secretary of State's plan to establish the initiative authorized under section 333;

(2) the president and chief executive officer of the United States Institute of Peace shall submit to the Committee on Foreign Affairs and the Committee on Appropriations of the House of Representatives and the Committee on Foreign Relations and the Committee on Appropriations of the Senate a report on the president and chief executive officer's plan to establish the initiative authorized under section 334; and

(3) the Administrator of the United States Agency for International Development shall submit to the Committee on Foreign Affairs and the Committee on Appropriations of the House of Representatives and the Committee on Foreign Relations and the Committee on Appropriations of the Senate a report on the Administrator's plan to establish the organization authorized under section 335.

(b) PERIODIC UPDATES.—The Secretary of State, president and chief executive officer of the United States Institute of Peace, and Administrator of the United States Agency for International Development shall submit to the committees described in subsection (a)(3) an update on a semiannual basis regarding the progress in implementing each of the initiatives or establishing the organization referred to in such subsection.

**SEC. 337. AUTHORIZATION OF APPROPRIATIONS.**

(a) IN GENERAL.—There is authorized to be appropriated to carry out—

(1) section 333, up to $1,000,000 for each of fiscal years 2021 through 2025 to the Secretary of State

(2) section 334, up to $2,000,000 for fiscal year 2021 to the United States Institute of Peace;

    (3) section 335, up to $30,000,000 for fiscal year 2021 to the Administrator of the United States Agency for International Development; and

    (4) section 335, up to an additional $15,000,000 for each of fiscal years 2022 through 2025 to the Administrator of the United States Agency for International Development, if the private sector in India commits amounts equal to that contributed by the United States.

  (b) SENSE OF CONGRESS ON FOREIGN ASSISTANCE FUNDS.—It is the sense of Congress that the authorization of appropriations under subsection (a) should be renewable for one or more periods of not more than 5 years if—

    (1) authorized by Congress; and

    (2) the Secretary of State, in consultation with the Administrator of the United States Agency for International Development, determines that the Foundation's work is successful in addressing the priorities identified in section 335(b)(1) and that the private sector in India has committed funds to the Foundation in accordance with subsection (a)(4).

# Subtitle E—Tibetan Policy and Support Act of 2020

### SEC. 341. MODIFICATIONS TO AND REAUTHORIZATION OF TIBETAN POLICY ACT OF 2020.

  (a) TIBETAN NEGOTIATIONS.—Section 613 of the Tibetan Policy Act of 2002 (22 U.S.C. 6901 note) is amended—

    (1) in subsection (a)—

      (A) in paragraph (1)—

        (i) by inserting "without preconditions" after "a dialogue";

        (ii) by inserting "or democratically-elected leaders of the Tibetan community" after "his representatives"; and

        (iii) by inserting before the period at the end the following: "and should coordinate with other governments in multilateral efforts toward this goal";

      (B) by redesignating paragraph (2) as paragraph (3); and

      (C) by inserting after paragraph (1) the following new paragraph:

  "(2) POLICY COMMUNICATION.—The Secretary of State shall ensure that, in accordance with this Act, United States policy on Tibet, as coordinated by the United States Special Coordinator for Tibetan Issues, is communicated to all Federal departments and agencies in contact with the Government of the People's Republic of China.";    *Coordination.*

    (2) in subsection (b)—

      (A) in the matter preceding paragraph (1)—

        (i) by striking "until December 31, 2021" and inserting "until December 31, 2031"; and

        (ii) by inserting "and direct the Department of State to make public on its website" after "appropriate congressional committees";

      (B) in paragraph (1), by striking "; and" and inserting a semicolon;