**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SASHA PIPPENGER, SHIRA LOWINGER, ELIZABETH QUINLAN, CHRIS BOSLEY, CHESTER A. CROCKER, MOHAMED KHALIL ABUZNAD, BRAVE GENERATION, INTERMOTION MEDIA, LLC, PEACE in PRAXIS, LLC, c/o Ali & Lockwood LLP 501 H Street NE, Suite 200 Washington, D.C. 20002 | |
| *Plaintiffs*, | Civil Action No. 1:25-cv-01090 |
| v. | |
| U.S. DOGE SERVICE, 736 Jackson Place, N.W. Washington, D.C. 20503 | |
| U.S. DOGE SERVICE TEMPORARY ORGANIZATION, Eisenhower Executive Office Building 1650 17th St NW Washington, DC 20500 | |
| U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street, NW Washington, DC 20415-1000 | |
| U.S. GENERAL SERVICES ADMINISTRATION 1800 F Street, NW Washington, DC 20405 | |
| U.S. DEPARTMENT OF STATE 2201 C St NW Washington, DC 20451 | |
| AMY GLEASON, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW Washington, D.C. 20503 | |
| NATE CAVANAUGH, in his purported official capacities as acting Chairman and President of the | |

1

United States Institute of Peace and employee of
U.S. DOGE Service and U.S. DOGE Service
Temporary Organization,
2301 Constitution Ave., NW
Washington, D.C. 20037

KENNETH JACKSON, in his purported official
capacity as acting president of the United States
Institute of Peace,
1300 Pennsylvania Avenue NW
Washington, D.C. 20004

MARCO RUBIO, in his official capacities as the
U.S. Secretary of State and as an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

PETE HEGSETH, in his official capacities as the
U.S. Secretary of Defense and an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

VICE ADMIRAL PETER A. GARVIN, in his
official capacities as President of the National
Defense University and an *ex officio* member of
the United States Institute of Peace Board of
Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

U.S. INSTITUTE OF PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

DONALD J. TRUMP, in his official capacity
as President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

and

TRENT MORSE, in his official capacities as
Deputy Director of Presidential Personnel in the
White House Presidential Personnel Office, the
White House Office, and the Executive Office of

2

the President of the United States,
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

     *Defendants*.

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER/[PRELIMINARY INJUNCTION]

Upon consideration of Plaintiffs' motion for a temporary restraining order and preliminary injunction, the accompanying memorandum of law and exhibits in support thereof, and any opposition and reply thereto, the Court finds that Plaintiffs have demonstrated a likelihood of success on the merits, that the balance of harms and public interest weigh in Plaintiffs' favor, and that Plaintiffs will suffer irreparable harm unless the Defendants are restrained as set forth in Plaintiffs' motion for a temporary restraining order. Accordingly, it is hereby:

**ORDERED** that Plaintiffs' motion for a temporary restraining order/preliminary injunction is granted; and Defendants are hereby

**ORDERED** to restore all USIP employees and personal services contractors terminated since March 14, 2025, to their prior roles in a paid leave status so that they can obtain the health insurance, immigration, and other collateral benefits of employment while this litigation unfolds; and it is further

**ORDERED** that

  (1) United States Institute of Peace ("USIP"), the Endowment for the United States Institute for Peace (the "Endowment"), USIP's Board, and USIP's officers are enjoined from transferring any assets outside of USIP or the Endowment for USIP;

  (2) USIP, USIP's Board, and USIP's officers are enjoined from any new

termination of USIP employees, personal service contractors, or contracts;

(3)    Defendants are enjoined from publishing and/or disclosing any information pertaining to the identity of current and former employees, grantees, program partners, contractors, or PSCs;

(4)    Defendants, including U.S. General Services Administration, shall transfer ownership of the USIP headquarters building located at 2301 Constitution Ave NW, Washington, D.C., back to USIP and its Endowment; and it is

**DECLARED** that USIP's Board and officers as of March 14, 2025, are the lawful Board members and officers of USIP; and it is further

**DECLARED** that all action taken by Defendants following the removal of USIP Board members violated the Administrative Procedure Act, was *ultra vires*, and violated the separation of powers;

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with it.

Further, it is **ORDERED** that this Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge