IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sasha Pippenger et al.,<br><br>                *Plaintiffs*,<br><br>   v.<br><br>United States DOGE Service, et al.,<br><br>                *Defendants*. | Civil Action No. 1:25-cv-01090 |

**PLAINTIFFS' NOTICE IN RESPONSE TO APRIL 11, 2025 MINUTE ORDER CONCERNING SEALED MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS**

Plaintiffs hereby submit this brief notice in response to the Court's April 11, 2025 Minute Order denying Plaintiffs' Sealed Motion for Leave to File Under Pseudonyms (ECF No. 5), to advise the Court how Plaintiffs have elected to proceed.

By way of background, on April 11, 2025, Plaintiffs filed a Complaint (ECF Nos. 1 & 2), Motion for Temporary Restraining Order (ECF No. 8), and Sealed Motion for Leave to File Under Pseudonyms (ECF No. 5). Later that day, the Court issued a minute order denying without prejudice Plaintiffs' Motion to Proceed Under Pseudonyms, instructing that "[w]ithin fourteen days of the Court's Order, Plaintiffs shall file either a new Motion that addresses this issue or a Notice advising the Clerk of the Court whether they wish to proceed under their true names, and, if so, they shall also file their [5] Motion on the public docket as an appendix to that Notice . . ." Apr. 11, 2025 Minute Order. Undersigned counsel was informed by the Clerk's Office on April 14, 2025 that the case would not proceed until this issue was resolved.

In light of the urgency of Plaintiffs' claims and requested relief in this matter and Plaintiffs' desire to have this case move forward as expeditiously as possible, Plaintiffs have elected to: (1)

1

file an amended complaint that proceeds under the true name of the John Doe Plaintiff and excludes the Jane Doe Plaintiff as a party to this lawsuit, *see* ECF No. 9; (2) withdraw Plaintiffs' first motion for a Temporary Restraining Order filed by, among others, the Doe plaintiffs (*see* ECF No. 8), *see* ECF No. 10; and (3) file a renewed Motion for Temporary Restraining Order based on the amended complaint, *see* ECF No. 11. Per the Court's instructions in the Minute Order, Plaintiffs will also file a redacted version of their Sealed Motion to Proceed Under Pseudonyms on the public docket.[1] Plaintiffs further request that Plaintiff Jane Doe be terminated from the docket.

Dated: April 14, 2025

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | ALI & LOCKWOOD LLP |
|---|---|
| /s/   Daniel M. Eisenberg | /s/    Kathryn Ali |
| Andrew G. Celli, Jr.* | Kathryn Ali |
| Daniel M. Eisenberg | Elizabeth Lockwood |
| Rachael Wyant* | Meghan Palmer |
| One Rockefeller Plaza, 8th Floor | 501 H Street NE, Suite 200 |
| New York, New York 10020 | Washington, D.C. 20002 |
| (212) 763-5000 | (202) 651-2475 |
| acelli@ecbawm.com | katie.ali@alilockwood.com |
| deisenberg@ecbawm.com | liz.lockwood@alilockwood.com |
| rwyant@ecbawm.com | meghan.palmer@alilockwood.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

---

[1] Plaintiffs will file a version of this motion that makes public information concerning the John Doe Plaintiff, who has elected to proceed under his true name, but which redacts all information specific to the Jane Doe Plaintiff, who does not appear in the Amended Complaint filed at ECF No. 9.