IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sasha Pippenger et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> United States DOGE Service, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-01090 |

**PLAINTIFFS' FURTHER NOTICE IN RESPONSE TO
APRIL 11, 2025 MINUTE ORDER CONCERNING SEALED
MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS**

On April 11, 2025, the Court denied two of the Plaintiffs' motion to Proceed Under Pseudonyms (ECF No. 5) by Minute Order, instructing that "[w]ithin fourteen days of the Court's Order, Plaintiffs shall file either a new Motion that addresses this issue or a Notice advising the Clerk of the Court whether they wish to proceed under their true names, and, if so, they shall also file their [5] Motion on the public docket as an appendix to that Notice . . ."

Following the Court's Minute Order, one of the Plaintiffs (Jane Doe) has withdrawn as a party from this case. The other Plaintiff (previously, John Doe) has decided to proceed under his true name: Mohamed Khalil Abuznad. Plaintiffs First Amended Complaint (ECF No. 9) identifies Mr. Abuznad in the caption in lieu of "John Doe," and does not identify any pseudonymous parties. Further, per the Court's instruction, Plaintiffs hereby attach as exhibits hereto the entirety of their Motion to Proceed Under Pseudonyms (ECF No. 5) except with redactions for identifying information for Jane Doe who has withdrawn from the case.

1

Dated: April 14, 2025                                  Respectfully submitted,


EMERY CELLI BRINCKERHOFF                ALI & LOCKWOOD LLP
ABADY WARD & MAAZEL LLP

 /s/ Daniel M. Eisenberg                 /s/ Kathryn Ali
Andrew G. Celli, Jr.*                   Kathryn Ali
Daniel M. Eisenberg                     Elizabeth Lockwood
Rachael Wyant*                          Meghan Palmer
One Rockefeller Plaza, 8th Floor        501 H Street NE, Suite 200
New York, New York 10020                Washington, D.C. 20002
(212) 763-5000                          (202) 651-2475
acelli@ecbawm.com                       katie.ali@alilockwood.com
deisenberg@ecbawm.com                   liz.lockwood@alilockwood.com
rwyant@ecbawm.com                       meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*              *Attorneys for Plaintiffs*


*\*Application for admission pro hac vice forthcoming.*