# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, SHIRA LOWINGER, ELIZABETH QUINLAN, CHRIS BOSLEY, CHESTER A. CROCKER, JOHN DOE, JANE DOE, BRAVE GENERATION, INTERMOTION MEDIA, LLC, PEACE in PRAXIS, LLC, c/o Ali & Lockwood LLP 501 H Street NE, Suite 200 Washington, D.C. 20002<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DOGE SERVICE, 736 Jackson Place, N.W. Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION, Eisenhower Executive Office Building 1650 17th St NW Washington, DC 20500<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street, NW Washington, DC 20415-1000<br><br>U.S. GENERAL SERVICES ADMINISTRATION 1800 F Street, NW Washington, DC 20405<br><br>U.S. DEPARTMENT OF STATE 2201 C St NW Washington, DC 20451<br><br>AMY GLEASON, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW Washington, D.C. 20503<br><br>NATE CAVANAUGH, in his purported official capacities as acting Chairman and President of the | Civil Action No. 25-cv-01090 |

United States Institute of Peace and employee of U.S. DOGE Service and U.S. DOGE Service Temporary Organization,
2301 Constitution Ave., NW
Washington, D.C. 20037

KENNETH JACKSON, in his purported official capacity as acting president of the United States Institute of Peace,
1300 Pennsylvania Avenue NW
Washington, D.C. 20004

MARCO RUBIO, in his official capacities as the U.S. Secretary of State and as an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

PETE HEGSETH, in his official capacities as the U.S. Secretary of Defense and an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

VICE ADMIRAL PETER A. GARVIN, in his official capacities as President of the National Defense University and an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

U.S. INSTITUTE OF PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

ENDOWMENT FOR THE U.S. INSTITUTE FOR PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

DONALD J. TRUMP, in his official capacity as President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

> and
>
> TRENT MORSE, in his official capacities as Deputy Director of Presidential Personnel in the White House Presidential Personnel Office, the White House Office, and the Executive Office of the President of the United States,
> 1600 Pennsylvania Avenue, NW
> Washington, D.C. 20500
>
> *Defendants*.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS

Plaintiffs John Doe and Jane Doe respectfully move to proceed under pseudonyms because the release of their names would expose them to a significant risk of harm, and because proceeding anonymously will not significantly burden the Defendants or other parties.

WHEREFORE, Plaintiffs request that the Court receive the Complaint, Memorandum of Law in Support, and Plaintiffs' attached Declarations, and allow Plaintiffs to proceed under pseudonyms, as set forth in the attached proposed Order.

Dated: April 11, 2025                                                       Respectfully Submitted,

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | ALI & LOCKWOOD LLP |
|---|---|
| /s/   Daniel M. Eisenberg | /s/   Kathryn Ali |
| Andrew G. Celli, Jr.* | Kathryn Ali |
| Daniel M. Eisenberg | Elizabeth Lockwood |
| Rachael Wyant* | Meghan Palmer |
| One Rockefeller Plaza, 8th Floor | 501 H Street NE, Suite 200 |
| New York, New York 10020 | Washington, D.C. 20002 |
| (212) 763-5000 | (202) 651-2475 |
| acelli@ecbawm.com | katie.ali@alilockwood.com |
| deisenberg@ecbawm.com | liz.lockwood@alilockwood.com |
| rwyant@ecbawm.com | meghan.palmer@alilockwood.com |

*Attorneys for Plaintiffs*                                       *Attorneys for Plaintiffs*

*\*Application for admission pro hac vice forthcoming.*

*Attorneys for Plaintiffs*                                       *Attorneys for Plaintiffs*