# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SASHA PIPPENGER, et al.,

              Plaintiffs,

     -against-

UNITED STATES DOGE SERVICE, et al.,

              Defendants.

**DECLARATION**

**DECLARATION OF JANE DOE**

I, Jane Doe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3.      █████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4.      █████████████████████████████████████████████████████████████

1

████████████████████████████████████████████████████

████████████████████████

    5.   ████████████████████████████████████████████

██████████████████████

    6.   ████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████

    7.   ██████████████████████████████████████

████████████████████████████████

    8.   ████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████

    9.   ███████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██

   10.   ████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████

   11.   ████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, District of Columbia on April 9, 2025

/s/ Jane Doe

JANE DOE