# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, SHIRA LOWINGER, ELIZABETH QUINLAN, CHRIS BOSLEY, CHESTER A. CROCKER, JOHN DOE, JANE DOE, BRAVE GENERATION, INTERMOTION MEDIA, LLC, PEACE in PRAXIS, LLC, c/o Ali & Lockwood LLP 501 H Street NE, Suite 200 Washington, D.C. 20002<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DOGE SERVICE, 736 Jackson Place, N.W. Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION, Eisenhower Executive Office Building 1650 17th St NW Washington, DC 20500<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street, NW Washington, DC 20415-1000<br><br>U.S. GENERAL SERVICES ADMINISTRATION 1800 F Street, NW Washington, DC 20405<br><br>U.S. DEPARTMENT OF STATE 2201 C St NW Washington, DC 20451<br><br>AMY GLEASON, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW Washington, D.C. 20503 | Civil Action No. 25-cv-01090<br><br>**[PROPOSED] ORDER ON MOTION TO PROCEED UNDER PSEUDONYMS** |

NATE CAVANAUGH, in his purported official capacities as acting Chairman and President of the United States Institute of Peace and employee of U.S. DOGE Service and U.S. DOGE Service Temporary Organization,
2301 Constitution Ave., NW
Washington, D.C. 20037

KENNETH JACKSON, in his purported official capacity as acting president of the United States Institute of Peace,
1300 Pennsylvania Avenue NW
Washington, D.C. 20004

MARCO RUBIO, in his official capacities as the U.S. Secretary of State and as an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

PETE HEGSETH, in his official capacities as the U.S. Secretary of Defense and an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

VICE ADMIRAL PETER A. GARVIN, in his official capacities as President of the National Defense University and an *ex officio* member of the United States Institute of Peace Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

U.S. INSTITUTE OF PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

ENDOWMENT FOR THE U.S. INSTITUTE FOR PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

DONALD J. TRUMP, in his official capacity as President of the United States of America,

1600 Pennsylvania Avenue NW
Washington, D.C. 20500

and

TRENT MORSE, in his official capacities as
Deputy Director of Presidential Personnel in the
White House Presidential Personnel Office, the
White House Office, and the Executive Office of
the President of the United States,
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

*Defendants*.

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and its accompanying memorandum of law, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the Plaintiffs Jane Doe and John Doe may proceed using pseudonyms until such time as the Court orders otherwise or the Parties agree.

**SO ORDERED** this _____ day of April, 2025

_____

UNITED STATES DISTRICT COURT JUDGE