

**UNITED STATES
INSTITUTE OF PEACE**
Making Peace Possible

## RESOLUTION OF THE BOARD OF DIRECTORS

### REMOVAL OF GEORGE E. MOOSE AS PRESIDENT AND APPOINTMENT OF KENNETH JACKSON AS ACTING PRESIDENT

WHEREAS, the United States Institute for Peace's (USIP) Board of Directors may remove the agency's president under 22 U.S.C. § 4606(a);

WHEREAS, USIP's Board of Directors may appoint the agency's president under 22 U.S.C. § 4606(a);

Be it RESOLVED that as of March 14, 2025, Mr. George E. Moose is removed from his position as USIP's president and Mr. Kenneth Jackson is designated as USIP's acting president with all the powers delegated by the Board of Directors to that role.

CERTIFIED:

_____
Peter A. Garvin
President of the National Defense University
Member of USIP's Board of Directors

_____
Pete B. Hegseth
U.S. Secretary of Defense
Member of USIP's Board of Directors

_____
Marco A. Rubio
U.S. Secretary of State
Member of USIP's Board of Directors