

## ORDER OF USIP BOARD MEMBER
## THE HONORABLE PETE HEGSETH

## DELEGATION OF AUTHORITY TO KENNETH JACKSON TO INSPECT USIP'S RECORDS

WHEREAS, the United States Institute of Peace (USIP) pursuant to 22 U.S.C. § 4607(f) must "keep a record of the names and addresses of its Board members; copies of this chapter, of any other Acts relating to the Institute, and of all Institute bylaws, rules, regulations, and guidelines; required minutes of proceedings; a record of all applications and proposals and issued or received contracts and grants; and financial records of the Institute;"

WHEREAS, "[a]ll items required by [22 U.S.C. § 4607(f)] may be inspected by any Board member or the member's agent or attorney for any proper purpose at any reasonable time;"

Be it ORDERED that as of March 16, 2025, Mr. Kenneth Jackson as well as his agents have been granted the authority by the undersigned to conduct an inspection of USIP's records pursuant to 22 U.S.C. § 4607(f) and have been directed to conduct such an inspection forthwith.

CERTIFIED:

*[signature]*

Pete B. Hegseth
U.S. Secretary of Defense
Member of USIP's Board of Directors