

## RESOLUTION OF THE ENDOWMENT'S BOARD OF DIRECTORS

## TERMINATING THE ENDOWMENT'S OFFICERS, APPOINTING ADAM AMAR AS THE ENDOWMENT'S PRESIDENT, AND AUTHORIZING AND INSTRUCTING PRESIDENT ADAM AMAR TO TRANSFER THE ENDOWMENT'S ASSETS AND PROPERTY TO USIP

WHEREAS the United States Institute for Peace's (USIP) Board of Directors "may establish, under the laws of the District of Columbia, a legal entity which is capable of receiving, holding, and investing public funds for purposes in furtherance of the Institute" and "may designate such legal entity as the 'Endowment of the United States Institute for Peace,'" 22 U.S.C. § 4603(c);

WHEREAS USIP's Board established the Endowment of the United States Institute for Peace ("Endowment") in May 1989;

WHEREAS Article IV, Section 2(a) of the Endowment Bylaws states that the Endowment's "Board shall be composed of the Directors of the Institute as provided in Section 4605 of the Act," 22 U.S.C. § 4605;

WHEREAS Article IV, Section 1 of the Endowment Bylaws states that the "powers of the [Endowment] are vested in the [Endowment's] Board";

WHEREAS Article V, Section 3(a) of the Endowment Bylaws states that a "majority of the Directors shall constitute a quorum for a Board meeting";

WHEREAS Article V, Section 3(a) states that "the vote of a majority of the Directors present at the time of a vote, provided that a quorum is present at such time, shall be the act of the Board";

WHEREAS Article VII, Section 5 of the Endowment Bylaws states that "the President is the chief executive officer of the [Endowment] and shall have the responsibility and authority to carry out the President's duties as described in these Bylaws and in the policies established by the [Endowment's] Board";

WHEREAS Article VII, Section 2 of the Endowment Bylaws states that "[a]ll officers serve at the pleasure of the [Endowment's] Board";

WHEREAS Article VII, Section 3 of the Endowment Bylaws states that the "officers of the [Endowment] may be removed by a majority vote of the [Endowment's] Board."

Be it RESOLVED that as of March 25, 2025, all of the Endowment's officers are hereby terminated, and Adam Amar is appointed President of the Endowment. Adam Amar is authorized and instructed to transfer the Endowment's assets, including the Endowment's real property and any rights thereto, to USIP.

**UNITED STATES INSTITUTE OF PEACE**
Making Peace Possible

CERTIFIED:

_____
Peter A. Garvin
President of the National Defense University
Member of The Endowment's Board of Directors

*[signature]*

_____
Pete B. Hegseth
U.S. Secretary of Defense
Member of The Endowment's Board of Directors

*[signature]*

_____
Marco A. Rubio
U.S. Secretary of State
Member of The Endowment's Board of Directors

2301 Constitution Ave NW | Washington, D.C. 20037 | Tel: (202) 457-1700 | www.usip.org