| REQUEST FOR TRANSFER OF EXCESS REAL AND RELATED PERSONAL PROPERTY | 1. GSA CONTROL NUMBER<br>N/A | PAGE<br>1 | THIS BLOCK FOR USE BY AGENCY RECEIVING REQUEST |
|---|---|---|---|
| | 2. DATE OF REQUEST<br>3/27/2025 | OF 1 PAGES | DATE REQUEST RECEIVED<br>3/27/2025 |

| 3. TO (Name, Address and ZIP Code of agency being requested to transfer the property)<br><br>US General Services Administration<br>1800 F Street, NW<br>Washington, DC 20405 | 4. FROM (Name, Address and ZIP Code of agency requesting transfer of the property)<br><br>United States Institute of Peace<br>2301 Constitution Avenue, NW<br>Washington, DC 20037 | HOLDING AGENCY NUMBER (If any)<br>N/A |
|---|---|---|
| | | ACQUISITION COST<br>$ |
| | | APPRAISED FAIR MARKET VALUE<br>$ |
| | | REIMBURSEMENT<br>$ |

| 5. REQUESTING AGENCY'S REPRESENTATIVE TO BE CONTACTED FOR FURTHER INFORMATION (Name, Address and ZIP Code)<br><br>Michael Peters<br>1800 F Street, NW<br>Washington, DC 20405 | 6. PROPERTY IDENTIFICATION AND ADDRESS (Include ZIP Code)<br><br>2301 Constitution Avenue, NW<br>Washington, DC 20037 |
|---|---|

### 7. REAL PROPERTY REQUESTED

| A. STRUCTURES | | | B. LAND | | C. UTILITIES |
|---|---|---|---|---|---|
| USE<br>(a) | NUMBER OF BUILDINGS<br>(b) | FLOOR AREA (SQ. FT.)<br>(c) | GOVERNMENT'S INTEREST<br>(a) | AREA (Acres of SQ. FT.)<br>(b) | Available in nearby streets. The site is 3.6578ac. |
| (1) OFFICE | 3 | 250,000.00 | (1) FEE | 4 | Building square footage to be verified. |
| (2) STORAGE | | | (2) LEASED | | |
| (3) OTHER (Specify) | | | (3) OTHER (Specify) | | |
| (4) TOTAL | 3 | 250,000.00 | (4) TOTAL | 4 | |

| 8. RELATED PERSONAL PROPERTY REQUESTED<br>All furniture and related personal property remaining in the building | 9. ARE FUNDS AVAILABLE FOR REIMBURSEMENT FOR THE TRANSFER OF THIS PROPERTY?<br>☐ YES    ☒ NO |
|---|---|

### 10. CERTIFICATION

Certification is hereby made that this agency has a need for the property identified above to carry on an approved program that the transfer thereof to this agency for the purposes indicated would be in accord with the intent of the Congress with respect to that program; that the requirement cannot be satisfied by better use of this agency's existing property; and that the proposed land use is consistent with GSA FMR (41 CFR) 102-75.115.

The Statement of Justification under Block 11 below for the transfer of the land property requested is complete and accurate.

| SIGNATURE | TITLE<br>PBS Commissioner | DATE<br>3/27/2025 |
|---|---|---|

11. STATEMENT OF JUSTIFICATION (This statement must include data with respect to all factors covered in GSA FMR (41 CFR) 102-75.115 Block 11, Instructions for Preparation of GSA 1334).

The transfer of the U.S. Institutes of Peace (USIP) headquarters facility, located at 2301 Constitution Avenue, NW, Washington, DC to the U.S. General Services Administration (GSA) is a priority of the Trump-Vance Administration, and is consistent with the President's Executive Order on Commencing the Reduction of the Federal Bureaucracy, dated February 19, 2025.

The transfer will enable GSA to fulfill other governmental space requirements at the USIP headquarters facility in a cost-effective manner. However, GSA has not had adequate time to budget for the cost of acquiring the USIP headquarters facility at fair market value, nor would such an acquisition be an immediate priority for GSA, given the limited resources available in the Federal Buildings Fund.

*(If required, attach additional pages sized 8 1/2" x 11")*

**GENERAL SERVICES ADMINISTRATION**                                             GSA 1334 (REV. 3/2018)