

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

March 29, 2025

The Honorable Stephen Ehikian
Acting Administrator
General Services Administration
1800 F Street, NW
Washington, DC 20405

Acting Administrator Ehikian,

    Pursuant to my authority under 40 U.S.C. § 522 and 41 C.F.R. §§ 102-75.205(b) and 102-75.225, I hereby approve your request of March 29, 2025, to set the amount of reimbursement at no cost for the transfer of the United Stated States Institute of Peace's (USIP) headquarters building, located at 2301 Constitution Avenue, NW, Washington, DC 20037, from USIP to the General Services Administration.

                                                Sincerely,

                                                Russell T. Vought
                                                Director