UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>    Defendants. | Civil Action No. 25-1090 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for a temporary restraining order, Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

_____          _____
Date                              BERYL A. HOWELL
                                  United States District Judge