# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, SHIRA LOWINGER, ELIZABETH QUINLAN, CHRIS BOSLEY, CHESTER A. CROCKER, MOHAMED KHALIL ABUZNAD, BRAVE GENERATION, INTERMOTION MEDIA, LLC, PEACE in PRAXIS, LLC, <br> c/o Ali & Lockwood LLP <br> 501 H Street NE, Suite 200 <br> Washington, D.C. 20002 <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DOGE SERVICE, <br> 736 Jackson Place, N.W. <br> Washington, D.C. 20503 <br><br> U.S. DOGE SERVICE TEMPORARY ORGANIZATION, <br> Eisenhower Executive Office Building <br> 1650 17th St NW <br> Washington, DC 20500 <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT <br> 1900 E Street, NW <br> Washington, DC 20415-1000 <br><br> U.S. GENERAL SERVICES ADMINISTRATION <br> 1800 F Street, NW <br> Washington, DC 20405 <br><br> U.S. DEPARTMENT OF STATE <br> 2201 C St NW <br> Washington, DC 20451 <br><br> AMY GLEASON, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization, <br> 736 Jackson Place, NW <br> Washington, D.C. 20503 <br><br> NATE CAVANAUGH, in his purported official capacities as acting Chairman and President of the | Civil Action No. 1:25-cv-01090 |

1

United States Institute of Peace and employee of
U.S. DOGE Service and U.S. DOGE Service
Temporary Organization,
2301 Constitution Ave., NW
Washington, D.C. 20037

KENNETH JACKSON, in his purported official
capacity as acting president of the United States
Institute of Peace,
1300 Pennsylvania Avenue NW
Washington, D.C. 20004

MARCO RUBIO, in his official capacities as the
U.S. Secretary of State and as an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

PETE HEGSETH, in his official capacities as the
U.S. Secretary of Defense and an *ex officio*
member of the United States Institute of Peace
Board of Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

VICE ADMIRAL PETER A. GARVIN, in his
official capacities as President of the National
Defense University and an *ex officio* member of
the United States Institute of Peace Board of
Directors,
2301 Constitution Ave., NW
Washington, D.C. 20037

U.S. INSTITUTE OF PEACE,
2301 Constitution Ave., NW
Washington, D.C. 20037

DONALD J. TRUMP, in his official capacity
as President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

and

TRENT MORSE, in his official capacities as
Deputy Director of Presidential Personnel in the
White House Presidential Personnel Office, the
White House Office, and the Executive Office of

the President of the United States,
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

*Defendants.*

## [AMENDED PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, the accompanying memorandum of law and exhibits in support thereof, and any opposition and reply thereto, the Court finds that Plaintiffs have demonstrated a likelihood of success on the merits, that the balance of harms and public interest weigh in Plaintiffs' favor, and that Plaintiffs will suffer irreparable harm unless the Defendants are restrained as set forth below. It is hereby:

**ORDERED** that Plaintiffs' motion for a temporary restraining order is granted. Defendants are:

**DIRECTED** to restore all USIP employees who have been terminated since March 14, 2025, to paid leave status with the same, or equivalent, collateral employment benefits to which they were entitled as of the date of termination; and

**DIRECTED** to cease further termination of personal services contractors, including personal services contractors who have already received notices of termination, during the pendency of this **Order**.

It is further **DIRECTED** that Defendant United States Institute of Peace ("USIP") and Defendant Nate Cavanaugh are enjoined from transferring any assets of USIP and its Endowment to the General Services Administration or the Department of the Treasury except to the extent obligations to do so existed prior to March 14, 2025.

Defendants shall file a status report within 24 hours of the issuance of this Order

3

describing the steps taken to ensure compliance with this Order and certifying compliance with it.

This **ORDER** shall remain in effect until further order of this Court.

Dated: _____

>                                               _____
>                                               The Honorable Beryl A. Howell
>                                               United States District Judge
>                                               District of Columbia