IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>U.S. DOGE Service, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-01090 |

**JOINT SUBMISSION CONCERNING BRIEFING SCHEDULE**

On April 17, 2025, the Court denied Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 11) and directed the parties to submit a joint expedited briefing schedule for dispositive motions by today, at 3:00 p.m. (ECF No. 25). After conferring, the parties hereby propose the following for the Court's consideration.

*First*, the parties will adopt by reference all of the summary judgment briefing, including amicus submissions, filed in the related case before Your Honor, *U.S. Institute of Peace et al. v. Kenneth Jackson, et al.*, 25-cv-804, on the issues of (1) whether the U.S. Institute of Peace is independent from the federal government and (2) whether removal of the U.S. Institute of Peace's former Board members was lawful. The parties will supplement briefing on these issues as follows: Plaintiffs will file their motion for partial summary judgment on these issues that incorporates the *Jackson* submissions by reference with an additional memorandum of law limited to ten pages (and additional statements of undisputed facts as is necessary) by Friday April 25, 2025; Defendants will cross-move and respond with the same page limit (and additional statements of undisputed facts as is necessary) by May 2, 2025; Plaintiffs may oppose and reply by May 7,

2025, in five pages; and Defendants may reply by May 14, 2025, in five pages. The parties would be available for a hearing at the Court's convenience thereafter. Under this schedule, these two issues—the U.S. Institute of Peace's status as it relates to the federal government and the removal of Board members—would be fully briefed in both the *Jackson* and *Pippenger* cases by May 14, 2025, which is a seventeen-day addition to the *Jackson* briefing schedule.

*Second*, Plaintiffs intend to request leave of the Court to depose Defendant Kenneth Jackson—the first new purported President of U.S. Institute of Peace following removal of the prior Board, and Defendant Nate Cavanaugh, the current purported President of the U.S. Institute of Peace. Defendants strongly oppose this request. The parties propose to brief the issue on the following schedule: Plaintiffs will file a motion for discovery by May 23, 2025; Defendants will file an opposition by June 6, 2025; and Plaintiffs will file a reply by June 13, 2025.

*Third*, the parties agree that Plaintiffs will maintain their right to move for summary judgment on their remaining claims other than the ones discussed above. The parties will submit a joint briefing schedule for dispositive motions on those claims within one week of any of the following events, at Plaintiffs' choosing: (1) completion of the depositions that Plaintiffs have requested over Defendants' objection, to the extent that the Court permits them to take place, (2) the Court's decision on the pending motion for summary judgment in the *Jackson* case and/or forthcoming motion for partial summary judgment in this case on those same issues, or (3) the result of any appeal of the Court's decision on these same motions.

\*     \*     \*

Respectfully submitted,

Dated: April 18, 2025

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

  /s/    Daniel M. Eisenberg
Andrew G. Celli, Jr.*
Daniel M. Eisenberg
Rachael Wyant*

One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

acelli@ecbawm.com
deisenberg@ecbawm.com
rwyant@ecbawm.com

*Attorneys for Plaintiffs*

ALI & LOCKWOOD LLP

  /s/      Kathryn Ali
Kathryn Ali
Elizabeth Lockwood
Meghan Palmer

501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475

katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice.*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     /s/ Johnny Walker
SAM ESCHER, D.C. Bar #1655538
JOHNNY WALKER, D.C. Bar #991325
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Escher: (202) 252-2531
Walker: (202) 252-2511
Sam.Escher@usdoj.gov
Johnny.Walker@usdoj.gov

*Attorneys for the United States of America*