IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>U.S. DOGE Service, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-01090 |

**SECOND JOINT SUBMISSION CONCERNING BRIEFING SCHEDULE**

After conferring with the parties in *U.S. Institute of Peace et al. v. Kenneth Jackson, et al.*, 25-cv-804 pursuant to the Court's Minute Order of April 18, 2025, we, the *Pippenger* parties, respectfully propose an amended briefing schedule as follows.

By way of background, on April 17, 2025, the Court denied the *Pippenger* Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 11) and directed the *Pippenger* parties to submit a joint expedited briefing schedule for dispositive motions by April 18, 2025 (ECF No. 25). On April 18, 2025, we submitted a joint briefing schedule (ECF No. 28) that called for, among other things, adopting and supplementing the summary judgment briefing submitted in the *Jackson* case on (1) the removal of the U.S. Institute of Peace's former Board members and (2) the extent of the U.S. Institute of Peace's independence from the federal government. Supplementation would have added 17 days to the time that those issues would be ripe for adjudication in *Jackson*. After receiving the *Pippenger* parties' joint submission, the Court directed us to confer with the parties in *Jackson* and to indicate to the Court by today at 2:00 p.m. whether the *Jackson* parties had any objection to this briefing schedule.

The *Pippenger* Plaintiffs conferred with the *Jackson* plaintiffs over the weekend and this morning, and report that the *Jackson* plaintiffs object to any delay to the time at which the two above issues will be ripe for adjudication. The *Pippenger* Plaintiffs state that, out of deference to our colleagues in the *Jackson* case, who brought their case first, as well as a desire to facilitate speedy resolution of the issues currently briefed and protect the Court's resources, and a recognition that the we, the *Pippenger* Plaintiffs cannot fully represent their interests without supplementing the briefing already submitted in the *Jackson* case, the *Pippenger* Plaintiffs, with consent from Defendants, hereby propose the following, revised briefing schedule:

*First*, the parties agree that the *Pippenger* Plaintiffs will move for partial or full summary judgment within 30 days of any of the following events, at Plaintiffs' sole choosing: (1) completion of the depositions that Plaintiffs will have requested over Defendants' objection, to the extent that the Court permits them to take place (see below), (2) the Court's decision on the pending cross-motions for summary judgment in the *Jackson* case, or (3) the result of any appeal of the Court's decision on the pending cross-motions for summary judgment in the *Jackson* case.

*Second*, the *Pippenger* Plaintiffs will file any motion for discovery by May 9, 2025 (Plaintiffs intend to seek depositions of Defendants Kenneth Jackson and Nate Cavanaugh), with Defendants' opposition by May 23, 2025, and Plaintiffs' reply by May 30, 2025.

We will send a copy of this notice to the *Jackson* parties immediately after filing.

\*   \*   \*

Respectfully submitted,

Dated:  April 21, 2025

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | EDWARD R. MARTIN, JR., D.C. Bar #481866 United States Attorney |
| By: /s/ Daniel M. Eisenberg<br>Andrew G. Celli, Jr.*<br>Daniel M. Eisenberg (Bar No. 90017823)<br>Rachael Wyant* | By: /s/ Johnny Walker<br>SAM ESCHER, D.C. Bar #1655538<br>JOHNNY WALKER, D.C. Bar #991325<br>Assistant United States Attorneys |
| One Rockefeller Plaza, 8th Floor<br>New York, New York 10020<br>(212) 763-5000<br>acelli@ecbawm.com<br>deisenberg@ecbawm.com<br>rwyant@ecbawm.com | 601 D Street, NW<br>Washington, DC 20530<br>Escher: (202) 252-2531<br>Walker: (202) 252-2511<br>Sam.Escher@usdoj.gov<br>Johnny.Walker@usdoj.gov |
| *Admitted pro hac vice. | Attorneys for Defendants |

ALI & LOCKWOOD LLP

By: /s/ Kathryn Ali
Kathryn Ali (Bar No. 994633)
Elizabeth Lockwood (Bar No. 1029746)
Meghan Palmer (Bar No. 1736144)

501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*