IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> U.S. DOGE Service, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-01090 |

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Plaintiffs Sasha Pippenger, Shira Lowinger, Elizabeth Quinlan, Chris Bosley, Chester A. Crocker, Mohamed Khalil Abuznad, Brave Generation, InterMotion Media LLC, and Peace in Praxis, LLC (collectively, "Plaintiffs"), respectfully move for an order permitting Plaintiffs to take limited depositions. A memorandum of law and a proposed order are attached.

Dated: May 9, 2025

Respectfully submitted,

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

ALI & LOCKWOOD LLP

 /s/ Daniel M. Eisenberg
Andrew G. Celli, Jr.*
Daniel M. Eisenberg (Bar No. 90017823)
Margaret Turner**
Rachael Wyant*
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
deisenberg@ecbawm.com
mturner@ecbawm.com
rwyant@ecbawm.com

*Attorneys for Plaintiffs*

  /s/    Kathryn Ali
Kathryn Ali
Elizabeth Lockwood
Meghan Palmer
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice*

*\*\* Application for admission pro hac vice pending*