IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> U.S. DOGE Service, et al., <br><br> Defendants. | No. 1:25-cv-01090 |

**DECLARATION OF DANIEL M. EISENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY**

I, DANIEL M. EISENBERG, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Of Counsel to the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP. I am personally familiar with the facts set forth in this Declaration and, if called, could testify competently thereto.

2. I submit this Declaration and attached exhibits in support of Plaintiffs' Motion for Expedited Discovery.

3. Attached here as Exhibit A is a true and correct copy of an undated letter sent by Nate Cavanaugh, in "his capacity as President of the United State Institute of Peace" to the Acting Administrator of the U.S. General Services Administration.

4. Attached here as Exhibit B is a true and correct copy of notes taken by the Vera Institute during an April 15, 2025 meeting between Nate Cavanaugh and representatives from the Vera Institute.

1

5. Attached here as Exhibit C is a true and correct copy of the declaration of Shira Lowinger, signed on May 9, 2025.

6. Attached here as Exhibit D is a true and correct copy of the declaration of Allison Blotzer, signed on May 9, 2025.

7. Attached here as Exhibit E is a true and correct copy of the declaration of Andrew Wilder, signed on May 9, 2025.

8. Attached here as Exhibit F is a true and correct copy of the official transcript of a motion hearing in this case dated April 16, 2025.

Dated: May 9, 2025
New York, New York

                                                                /s Daniel M. Eisenberg
                                                              Daniel M. Eisenberg