# Exhibit B

<u>**Vera Institute / DOGE: Teams Call Notes**</u>

Date: April 15, 2025
Time: 11AM to 11:10AM
Location: Teams Call

Participants: Nate Cavanaugh (GSA), Justin Aimonetti (DOGE), Adair Iacono (Vera Institute of Justice), Sean Hecker (Hecker Fink LLP), Mahrah Taufique (Hecker Fink LLP), Abra Metz-Dworkin (Hecker Fink LLP)

**Note: These are near-verbatim notes of the call described above.**

- Nate: Justin is joining.
- Justin: Great to meet you.
- Adair: I'm Adair. I'm the Chief Legal and Information Officer at Vera.
- Sean: I'm Sean, joined by my colleagues, Mahrah and Abra, and we're counsel to Vera. It's nice to meet you.
- Nate: Nice to meet you as well.
- Sean: Thanks for making time for us. Nate, your email said you were a member of the DOGE team working out of GSA and wanted to talk about assigning a team to Vera. Hoping to understand what that means for an independent non-profit like Vera.
- Nate: That's right, before we get there, I would love to understand nature of congressional appropriations/grants that the institute receives and from whom as a starting place.
- Sean: I assumed you had a basis for thinking we had federal monies when you reached out.
- Nate: My understanding is that the Institute receives some grants from government entities.
- Sean: So historically we have had federal contracts and grant monies. We were notified last week or two weeks ago that grants from DOJ were being terminated in a decision that we are appealing. So I go back to my original question. What would be the basis for having a DOGE team assigned to an independent non-profit like Vera?
- Nate: There are other independent non-profits like USIP where we have a DOGE team assigned. Our basis for asking to assign to the Institute is because we want to assign a DOGE team to every institute or agency that has congressional monies appropriated to it, not necessarily to take action but just to work with leadership and management teams to better understand what's going on. If DOJ has rescinded the grant monies, then our request would change and frankly I don't think there's a need to have a DOGE team assigned. That wasn't clear to me at the outset.
- Sean: It's okay, we're going to work to try to get the grant reinstated because from our perspective it was funding projects that were very much in line with what the administration has previously said its priorities were, including providing services to survivors of domestic violence. I don't want to leave you with a misimpression. We got notice of termination of the grants. We are trying to reverse that decision. I want to make sure we understand what it would mean to have a team assigned. Would a DOGE

- person have questions about monies received from the government? Would it mean someone from DOGE would be installed at Vera?
- Nate: Yes, it's as simple as that. We're trying to understand the total sum of grants received from federal agencies. What we've been doing at other government entities is understanding the folks on staff and day-to-day operations.
- Sean: That's where there's a disconnect. The link to the executive order you sent established DOGE to work with agencies in the executive branch. The disconnect and what we're trying to better understand is why that would provide legal authority for performing similar work for non-governmental organizations and independent non-profits.
- Nate: I understand your perspective on this. What I was unaware of prior to the call was that DOJ terminated one grant.
- Sean: Multiple grants. I think it was five.
- Adair: It was five.
- Sean: Just to be clear, it was five grants.
- Justin: Sean, just a quick clarification. In terms of the total number of grants, Vera has only received five from the federal government as of a couple of weeks ago?
- Sean: As of a couple weeks ago, we had five operating grants with monies agreed to be provided for this programming at Vera over next couple of years.
- Justin: That's good to know. Nate, anything from you?
- Nate: Do you have a rough estimate of the dollar value associated with those five grants? I'm sure we can find it.
- Sean: Four million?
- Adair: I believe over the next three fiscal years, there were five million dollars remaining across those five grants. That's a rough ballpark.
- Justin: Got it thanks, Adair. Sounds like you are challenging the DOJ grants. We're not adjudicating that here.
- Nate: I'm interested in having one team member—specifically me—looking to learn more about the Institute generally. But had I known about the DOJ grants, I wouldn't have reached out. You can consider my request void at this point. There is no ask now from DOGE with respect to having a DOGE team come in.
- Sean: While I have you, maybe Justin is the right person, for the sake of our plan going forward in trying to get the funds back, I still have the question I asked, which is, having read the EO, I'm not understanding what authority DOGE would have to conduct any kind of inquiry of a non-profit that receives grant money or federal funds pursuant to contracts. What would the legal authorization be?
- Justin: At this point, I don't think there is any point in getting into detail here given that DOJ has terminated the grants. Obviously if that changes, and the courts have a different view of that, I'm happy to discuss DOGE's authority to take a look at the Institute and what grants are being used for. At this point, it's not worth getting into.
- Sean: Appreciate your perspective. But I'm sure you understand, in the world we're working in, it's useful to know what the legal authority of DOGE would be to inquire into non-profits. If you want to share that there is legal authority, happy to hear what that is. If there isn't, we'll share that with folks in the community as well.

- Justin: It is difficult to address because every entity is a little different.  So I would point you to the recent litigation involving USIP and the like, but every entity is a little different so it's hard to give particulars with regard to Vera.  But we were trying to get information on this call, which we've now gotten.
- Sean: Understood and appreciate the time.  We may not need to speak again, but good luck to you.
- Justin: Thanks very much.
- Nate: Thanks Sean, Adair.  Have a good rest of the week.

*     *     *     *     *