# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sasha Pippenger, et al.,

          Plaintiffs,

-against-

United States DOGE Service, et al.,

          Defendants.

No. 1:25-cv-01090

**DECLARATION OF SHIRA LOWINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

I, Shira Lowinger, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I was the Director of Grants and Contracts Administration in the Office of Finance at the United States Institute of Peace (USIP) from September 2016 until I received notice of a change in my employment status on March 28, 2025.

3. As the Director of Grants and Contracts Administration my responsibilities included managing contractual agreements between USIP and vendors and other contractors. I also managed the Memoranda of Understanding with government entities and other organizations and oversaw the procurement process and policies for USIP. In my capacity as Director of Grants and Contracts Administration, I oversaw all the work that USIP did with regard to grants and contracts, including overseas finances and procurement and contracting work (including overseas leases, security, and travel contracts), oversight on external agreements

1

for USIP course tuition and leasing of the building, and oversaw the Contracting Officers, Contracting Officer Representatives, and trained and certified Contracting Officer Technical Representatives.

4. From September 2024 through February 2025, I also served as the Acting Vice President of Finance until a new Chief Financial Officer was brought on board. As the Vice President of Finance, I oversaw USIP's accounting, budgeting, and contracting functions, providing advice to USIP leadership based on the financial well-being of the Institute. My responsibilities also included ensuring accuracy and compliance with financial regulations and standards and organizational goals. I worked with USIP's Executive Vice President and the Board Audit and Finance Committee to identify financial risks and develop strategies to mitigate them. I also coordinated with external auditors and managed the audit processes, oversaw and helped improve financial management operations and support related to USIP offices and presences around the world, worked with Human Resources on matters related to staff planning, position control, payroll, and contracted staff, coordinated with the security team on vetting and support for staff tracking, and lead coordination with Facilities and Information Technology teams on identifying, tracking, and planning for major investments in systems, equipment, and technology as well as capital repair and replacement.

5. USIP's computer system contains its grant management system and its financial management system, which includes vendor, grant, and contract information. USIP maintains contracts and grants both domestically and abroad for its programs and operations in different countries.

6. DOGE now has access to this information. On the evening of Friday, March 28, 2025, DOGE terminated myself and all the USIP Contracting Officers. Due to these

terminations, all qualified and certified Contracting Officers, who were responsible for overseeing these contracts, have been terminated.  The current remaining employees do not have the technical knowledge required to reconcile the payments with invoices or confirm the accuracy of the contractor payment requests.  To the best of my knowledge no new staff or contractors with the technical requirements needed have been brought onboard to assist.

7.      DOGE has dismissed all staff with technical qualifications and authorization in security, contracting, auditing, and FOIA with no apparent plan to replace them. To the best of my knowledge, an information services person was sending out contract termination letters to USIP contractors on March 31, 2025, including programmatic contracts of those he had no knowledge about.  The termination letters were mistakenly sent to contractors that should not have been terminated, for example the COBRA health insurance provider.

8.      Some personal service contractors reported to me that they have received multiple termination letters with differing termination dates, in some cases three separate communications.  They have been left confused and frustrated.

9.      No contract termination notices requested partial deliverables, meaning that work that was contracted by taxpayers and completed by the contractor was wasted.

10.     Contract termination notices did not make provisions for paying monies owed for accrued work, which leaves contractors having to pursue USIP for monies owed, which damages USIP's reputation and makes it more difficult to continue its peacebuilding mandate in the future.

11.     Many USIP contractors require advances before work may start or between each deliverable as installment payments.  As of March 21, 2025, USIP had issued roughly 56 advances that combined equaled $1,482,535.57.  Thorough and proper reconciliation between these advances and the deliverables, to ensure taxpayers' funds were spent properly, is

impossible due to the laying off staff with technical expertise. Due to the terminations issued by DOGE of many of these contractors, it is also likely that deliverables were not able to be received and accepted, meaning many of these advanced funds should have been returned to USIP.

12. USIP maintains a presence (i.e., leases space, has support staff, or contractors on the ground) in twenty-six (26) countries outside of the U.S. USIP has seven (7) field offices where it both leases space and maintains staff on the ground. These offices are located in Nigeria, Thailand, Colombia, El Salvador, Pakistan, Tunisia, and Libya and contain federal assets, USIP assets, and computers with sensitive information about USIP workers and operations. All administration/operations staff and the relevant country directors from these offices have been told to close the offices and they have received termination notices. The dates vary based on when the office lease expires. They have been told to provide computer equipment to the local embassy and donate most of the other equipment, furniture and other items. Some of the equipment, furniture and other items still have a useful life, which would mean taxpayer funds are being wasted by donating rather than reselling or the government reusing these items. Programmatic work has ended.

13. USIP staff and contractors had developed products that were yet to be released or have been published. Their work is now in limbo as it will most likely never be published, and the published work may no longer be accessible (as the USIP website is no longer functioning). They cannot request the release of rights or the license to use the work because there is no one there to authorize the release or license. Professionally this puts many staff and contractors in a predicament of not being able to properly reference or site their own work. Products include the following:

    a. Publications of USIP Press (Peaceworks, Special Reports, Commentaries, Books)

    b. Articles by USIP staff

    c. Articles by external experts (commissioned, other?)

    d. USIP Events (in-person and virtual; Passing the Baton)

    e. Global Campus Courses

    f. Simulations & Peace Games

    g. Public Education Content (curricula, Peace Teachers, other)

    h. Grants products

    i. Fellowship products

    j. Multimedia - Video and audio

    k. Photographs

    l. Maps and other visuals

    m. Research and survey data

    n. USIP Historical Records & Archival Collection (includes original documents from pre-digital era and donated personal records of leaders involved in USIP's creation)

    o. Oral History Collection

    p. Physical Objects, Art & Ephemera

    q. Development records

    r. USIP Building records (design, funding, construction include records of General Counsel George Foote)

14. Congress authorized USIP to develop a professional training initiative based on the principles of nonviolence. The Ghandi-King Global Campus offered open access to the

online courses.  The Ghandi-King Global Campus courses are no longer available because the contract for the system that maintained the courses ended on April 5, 2025, and the contract has not been renewed.  The courses may be deleted or lost permanently if the contract is not reactivated soon.

    Executed in Washington, District of Columbia on May 9, 2025

/s/ Shira Lowinger
SHIRA LOWINGER