# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sasha Pippenger, et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>United States DOGE Service, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-01090 |

**DECLARATION OF ALLISON BLOTZER IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

I, Allison Blotzer, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I was the Chief Financial Officer (CFO) of the U.S. Institute of Peace (USIP) when DOGE and Kenneth Jackson took control of the building on March 17, 2025.

3. On March 14, 2025, Congress passed and President Trump signed a Continuing Resolution for the FY25 budget, H.R.1968 — 119th Congress (2025-2026), which appropriated $55 million to USIP to conduct operations through the end of FY25.

4. On March 18, 2025, USIP access to the domestic vendor payment modality Department of Treasury Payment Automation Manager (PAM) which USIP accessed via

GSA was terminated by DOGE. Unless or until this is restored, USIP cannot make payments to domestic vendors used to carry out USIP's mission.

5. On March 18, 2025, USIP access to the international payment modality Department of Treasury International Treasury Services (ITS) was terminated by DOGE. This prevents USIP from making payment to international vendors and international personal services contractors for work carried out in service of USIP's mission.

6. On March 18, 2025, USIP's ability to transfer funds from Treasury to its PNC bank account for direct hire payroll was terminated by DOGE.

7. I requested to restore employee access to transfer payroll funds on March 24, 2025 and the request was denied by Kenneth Jackson.

8. On March 24, 2025, I requested to apportion USIP's appropriated funds from OMB for fiscal year 2025 and the request was denied by Kenneth Jackson.

9. On March 20, 2025, Nate Cavanaugh directed me to make Kenneth Jackson the sole signatory of USIP's privately held endowment accounts with PNC and Morgan Stanley.

10. USIP holds an endowment, which is to support and benefit the operations of USIP. The USIP Endowment is authorized by the USIP Act and governed by the USIP Endowment by-laws. As of March 20, 2025, the USIP Endowment held approximately $23 million.

11. On April 1, 2025, DOGE posted a message on its @DOGE X account stating "Update: the $13M in taxpayer dollars (referenced below) has been returned to the

Treasury" referencing a March 31, 2025 message on the @DOGE X account stating "In the past 10 years, USIP has transferred ~$13M to its private Endowment, mainly used for private events and travel."

12.  Prior to the DOGE takeover of USIP, USIP had around 270 full time employees stationed in Washington, D.C. or globally. USIP had roughly 140 full time personal service contractors, most of whom were stationed in one of USIP's seven field offices (Nigeria, Thailand, Colombia, El Salvador, Pakistan, Tunisia, and Libya). USIP had approximately 830 contracts and grants in 26 countries around the world worth over 64 million dollars.

13.  On March 29, 2025 I was informed that effective on March 25, 2025, the *ex officio* Board members removed me as CFO. Also effective on March 25, 2025 the *ex officio* Board members removed Kenneth Jackson as President, appointed Nate Cavanaugh President of USIP, and directed Nate Cavanaugh to transfer the endowment assets and the USIP Headquarters building to GSA.

Executed in Washington, DC on May 9, 2025.

/s/ Allison Blotzer
Allison Blotzer