# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Sasha Pippenger, et al., | No. 1:25-cv-01090 |
| Plaintiffs, | |
| -against- | |
| United States DOGE Service, et al., | |
| Defendants. | |

**DECLARATION OF ANDREW WILDER IN SUPPORT OF PLAINTIFFS' MOTION
FOR EXPEDITED DISCOVERY**

I, Andrew Wilder, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I served as the United States Institute of Peace's ("USIP") Vice President of the Asia Center and as a member of USIP's Senior Management Team until my position was terminated by Nate Cavanaugh on April 18, 2025.  I served as director for Afghanistan and Pakistan Programs from 2010-2013, and Vice President for South and Central Asia Programs from 2013-2015, before assuming my latest role as Vice President.

3.      My duties as Vice President included overseeing field operations for the Asia Center, which included offices in Thailand, the Philippines, and Pakistan as well as staff contracted to work for USIP in Papua New Guinea, Taiwan and Vietnam.

1

4.      As a member of USIP's Senior Management Team, I coordinate strategy and operations with USIP's front office leadership and Vice Presidents in charge of other geographic centers (Middle East and North Africa; Africa; Latin America and the Caribbean; Europe and Russia) that have field staff or offices.

5.      I and the Vice Presidents overseeing the other geographic centers with field operations remained employed after the mass layoff of USIP Headquarters staff on March 28, 2025, apparently to participate in the rapid closure of USIP field offices, field operations, and related contracts.

6.      Inthis capacity, we communicated with Justin Fox, who began employment with USIP after DOGE assumed control of the building, was the point of contact we communicated with on issues related to handling field staff, contracts and disposal of field office assets.  Fox reported directly to Nate Cavanaugh.

7.      Fox, who uses both a USIP and a General Services Administration ("GSA") email address, wrote to USIP field staff on March 27, 2025 that USIP field programs will "begin wind-down on April 9th."

8.      Field offices were effectively cut off from security support when USIP's security staff were dismissed on March 28, 2025 leaving them without professional security support if an evacuation or other emergency response was needed.

9.      Subsequent communications from Fox granted various extensions of contracts identified as essential by field staff but with a goal of shutting down USIP field operations.  Most Asia Center field staff on personal services contracts were terminated in notifications by May 3, 2025.

10.    USIP currently has at most three employees that are not working for DOGE employed at the Headquarters building: one Information Services staff member, one Finance Office staff member, and one Human Resources staff member.  None of these staff are authorized decision makers on behalf of USIP and execute directions from either Nate Cavanaugh or Justin Fox.

11.    USIP currently has only five employees working in overseas offices and fewer than 18 contractors working in the field. I understand from communications with heads of field offices that there will be no field office staff or field operations after May 31, 2025.

12.    USIP has not posted any new job listings since DOGE staff entered the USIP building on March 17.

13.    I have read the undated letter that Nate Cavanaugh sent to Acting Administrator Stephen Ehikian at GSA in connection with transferring USIP's privately-owned building to the GSA.  The letter has been filed on the docket in this case at ECF No. 8-5. In the letter, Cavanaugh enumerates what he believes to be "Congress's mandate" for USIP: "*satisfying Congress's mandate does not require USIP to own its own building. USIP is capable of "advanc[ing] the history, science, art, and practice of international peace and the resolution of conflicts among nations without the use of violence" without the ownership of a large and expensive building. Id. § 4601(a)(9). Likewise, the transfer of USIP's headquarters to GSA will in no way affect USIP's obligation to "establish a Jennings Randolph Program," "enter into formal and informal relationships with other institutions," "establish a Jeannette Rankin Research Program," "develop programs to make international peace and conflict resolution research, education, and training more*

3

*available and useful," "provide, promote, and support peace education and research*

*programs," "conduct training, symposia, and continuing education programs,"*

*"develop, for publication or other public communication, and disseminate, the carefully*

*selected products of the Institute," and* "*establish the Spark M. Matsunaga Scholars*

*Program." Id. § 4604(b)(1)-(10)."*

14.    As of the time my employment at USIP ended on April 18, 2025, USIP was not

fulfilling any of the functions cited in Cavanaugh's letter.  As one of the last three

employedVice Presidents of USIP, I am not aware of any future plans of USIP to fulfill

any of the functions cited in Cavanaugh's letter, all of which require detailed planning

and competent staff.

15.    For example, USIP cannot "advance the history, science, art, and practice of

international peace" without a website, communications team, or any professional or

expert staff; USIP cannot implement a Jennings Randolph Program" without grant

management staff; USIP cannot "develop programs to make international peace and

conflict resolution research, education, and training more available and useful with no

website, no headquarters, no communications staff and no experts in those topics; USIP

cannot "provide, promote, and support peace education and research programs," or

"conduct training, symposia, and continuing education programs" with no experts, no

event staff, no premises, and no website; USIP cannot "develop, for publication or other

public communication, and disseminate, the carefully selected products of the Institute"

with no publications or communications staff, no subject matter experts, and no website

or printing capacity; and USIP cannot "establish the Spark M. Matsunaga Scholars

Program" without professional staff or active contracting mechanisms.

Executed in Montgomery County, Maryland on May 9, 2025.

/s/ Andrew Wilder

---

Andrew Wilder