**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SASHA PIPPENGER, et al.,

               Plaintiffs,

    -against-

U.S. DOGE Service, et al.,

               Defendants.

Civil Action No. 1:25-cv-01090

**[PROPOSED] ORDER GRANTING
DISCOVERY**

Upon consideration of Plaintiffs' motion for discovery, the accompanying memorandum of law and exhibits in support thereof, and any opposition and reply thereto, it is hereby:

**DIRECTED** that Defendant Nate Cavanaugh is **ORDERED** to appear for a deposition at a time and place that is mutually convenient for the parties, within 30 days of this Order, before a notary public or other officer authorized to administer oaths, and that the deposition will be recorded by stenographic and/or sound-and-visual means and proceed under the Federal Rules of Civil Procedure until completion.

**DIRECTED** that Defendant Kenneth Jackson is **ORDERED** to appear for a deposition at a time and place that is mutually convenient for the parties, within 30 days of this Order, before a notary public or other officer authorized to administer oaths, and that the deposition will be recorded by stenographic and/or sound-and-visual means and proceed under the Federal Rules of Civil Procedure until completion.

**DIRECTED** that Defendants the U.S. DOGE Service, the U.S. DOGE Service Temporary Organization, and the General Services Administration will each designate one or more officers, directors, agents, or other persons who consent to testify in depositions

pursuant to Federal Rule of Civil Procedure 30(b)(6) on their behalf and who are most qualified to testify concerning the topics listed below, and sit for a deposition at a time and place that is mutually convenient for the parties, within 30 days of this Order, before a notary public or other officer authorized to administer oaths, and that the deposition will be recorded by stenographic and/or sound-and-visual means and proceed under the Federal Rules of Civil Procedure until completion:

A. Mission, responsibilities, leadership structure, and decision-making structure between February 18, 2025 and the date of the deposition.

B. Supervision, direction, or involvement with the U.S. Institute of Peace between February 18, 2025 and the date of the deposition.

C. Scope and authority with respect to supervising, directing, or becoming involved with the U.S. Institute of Peace.

D. Determining the U.S. Institute of Peace's statutory minimum, including any analysis of what the statutory minimum is.

E. Analysis of whether the U.S. Institute of Peace is a non-profit corporation and/or part of the Executive Branch.

F. The role, titles, and responsibilities of any employee or agent involved with any of the prior topics.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Beryl A. Howell
United States District Judge
District of Columbia