UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>       Defendants. | Civil Action No. 25-1090 (BAH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the defendants' consent motion to extend time, and the entire record herein, it is hereby

ORDERED that the defendants' motion is GRANTED, and it is further

ORDERED that defendants shall respond to the plaintiffs' motion for discovery on or before June 6, 2025, and plaintiffs shall file a reply in support of their motion on or before June 13, 2025.

SO ORDERED:


_____                                      _____
Date                                                              BERYL A. HOWELL
                                                                     United States District Judge