IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Sasha Pippenger et al.,

        *Plaintiffs,*

v.

United States DOGE Service, et al.,

        *Defendants.*

Civil Action No. 1:25-cv-01090

**AFFIDAVIT OF SERVICE**

I, Jacob Schneebaum, a legal assistant with Emery Celli Brinckerhoff Abady Ward & Maazel LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in New York County, New York.

On April 23, 2025, I caused a Summons, Dkt. 26, Amended Complaint, Dkt. 9, and Notice Submitted Jointly Concerning Amended Briefing Schedule, Dkt. 29, in the above-captioned matters to be served by Certified Mail, return receipt requested upon the addressees listed below:

Kenneth Jackson
1300 Pennsylvania Avenue N.W.
Washington, D.C.

Nate Cavanaugh
736 Jackson Place, N.W.
Washington, D.C. 20503

Vice Admiral Peter A. Garvin
300 5th Ave. SW, Building 62
Fort Lesley J. McNair
Washington, D.C. 20319

Trent Morse
1600 Pennsylvania Avenue, NW Washington, D.C. 20500

U.S. Department of State
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs
Suite 5.600, 600 19th Street NW
Washington, D.C. 20522

U.S. DOGE Service Temporary Organization
736 Jackson Place, N.W.
Washington, D.C. 20503

U.S. DOGE Service Temporary Organization
1650 17th Street NW
Washington, D.C. 20500

U.S. DOGE Service
736 Jackson Place, N.W.
Washington, D.C. 20503

U.S. DOGE Service
1650 17th Street NW
Washington, D.C. 20500

U.S. General Services Administration
736 Jackson Place, N.W.
Washington, D.C. 20503

U.S. DOGE Service Temporary Organization
1650 17th Street NW
Washington, D.C. 20500

Dated: New York, New York
June 4, 2025

_____
Jacob Schneebaum

Sworn to Before Me This
4th of June, 2025

_____
Notary Public

ELIZABETH ROSEMARY CHICAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CH0003014
Qualified in Westchester County
My Commission Expires 03-20-2027