UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-1090<br>**Judge Beryl A. Howell** |

### ORDER

UPON CONSIDERATION of the parties' joint motion to modify the Court's June 5 Order, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the stay will automatically terminate upon notice filed with the Court that (1) the D.C. Circuit has denied the *USIP v. Jackson*, 25-cv-804, Plaintiffs' en banc petition, or, if either party requests relief from the Supreme Court, the Supreme Court has issued an order granting or allowing a stay pending appeal, whichever is later; or (2) the D.C. Circuit or the Supreme Court has vacated or modified any portion of the judgment in *Jackson* (*see Jackson,* ECF Nos., 39-40). If any of these events occurs, Defendants will promptly file notice of it on the *Pippenger* docket.; it is further

ORDERED that Plaintiffs may lift the stay at any point for any reason with two weeks' email notice to Defendants; it is further

ORDERED that in the event that the stay is lifted for any reason, Plaintiffs will promptly provide email notice to Defendants whether they will maintain the discovery motion that is currently pending at ECF No. 35, whether Plaintiffs withdraw that motion without prejudice, or whether Plaintiffs will file an amendment to the discovery motion that is currently pending. If

Plaintiffs proceed with their current motion, Defendants will have two weeks from Plaintiffs' notice to respond. If Plaintiffs amend their discovery motion, they will do so within two weeks of providing notice to Defendants, Defendants will have two weeks from the filing of the amended motion to respond, and Plaintiffs will have one week to reply; it is further

ORDERED, that in the event the stay is lifted for any reason, Defendants will have four weeks to respond to the first amended complaint at ECF No. 9; it is further

ORDERED that Defendants reserve the right to move to re-stay the case for good cause; and it is further

ORDERED that the parties will file a joint status report with the Court every 60 days from the date of this order.

SO ORDERED:

__July 7, 2025___  
Date

_____  
BERYL A. HOWELL  
United States District Judge