UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SASHA PIPPENGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1090 (BAH) |

## ORDER

UPON CONSIDERATION of the parties' joint motion to modify the Court's July 7, 2025 Order, the procedural posture of *United States Institute of Peace v. Jackson*, Civ. A. No. 25-0804-BAH (D.D.C.), and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the stay will automatically terminate upon notice filed with the Court that the D.C. Circuit affirms, vacates, or modifies any portion of the judgment in *Jackson* and the time for filing a petition for a writ of certiorari to the Supreme Court expires without such a petition being filed. In the event a petition for writ of certiorari is filed, the stay is automatically terminated when the parties file notice that the Supreme Court either denies a timely petition for a writ of certiorari, or grants the petition and subsequently issues a decision affirming, modifying, or vacating any portion of the judgment in *Jackson*. The parties will promptly file a joint notice of the affirmance, vacatur, or modification of the *Jackson* judgment on the *Pippenger* docket; and it is further

ORDERED that Plaintiffs may lift the stay at any point for any reason with two weeks' email notice to Defendants; and it is further

- 2 -

ORDERED that in the event that the stay is lifted for any reason, Plaintiffs will promptly provide email notice to Defendants whether they will maintain the discovery motion that is currently pending at ECF No. 35, whether Plaintiffs withdraw that motion without prejudice, or whether Plaintiffs will file an amendment to the discovery motion that is currently pending. If Plaintiffs proceed with their current motion, Defendants will have two weeks from Plaintiffs' notice to respond. If Plaintiffs amend their discovery motion, they will do so within two weeks of providing notice to Defendants, Defendants will have two weeks from the filing of the amended motion to respond, and Plaintiffs will have one week to reply; and it is further

ORDERED, that in the event the stay is lifted for any reason, Defendants will have four weeks to respond to the first amended complaint at ECF No. 9; and it is further

ORDERED that Defendants reserve the right to move to re-stay the case for good cause; and it is further

ORDERED that the parties will file a joint status report with the Court every 60 days from the date of this order.

SO ORDERED:

August 5, 2025

_____
BERYL A. HOWELL
United States District Judge