UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SASHA PIPPENGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>Defendants. | Civil Action No. 25-1090 (BAH) |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated August 5, 2025 (the "August 5th Order"), the Parties submit this joint status report on the stay of proceedings in this case pending further developments in the related case *United States Institute of Peace v. Jackson*, Civ. A. No. 25-0804-BAH (D.D.C.) ("*Jackson*"). By way of background, on May 19, 2025, this Court granted the Plaintiffs' motion for summary judgment in *United States Institute of Peace v. Jackson*, Civ. A. No. 25-0804-BAH (D.D.C.) ("*Jackson*"), awarding injunctive relief to the *Jackson* Plaintiffs that is similar to the relief that Plaintiffs seek in this case.  The government appealed that decision and moved for a stay in the D.C. Circuit Court of Appeals.  *U.S. Inst. of Peace v. Jackson*, No. 25-5185 (D.C. Cir. filed May 22, 2025) ("*Jackson* Appeal").  On June 27, 2025, the D.C. Circuit granted the government's motion for a stay pending appeal, and Plaintiffs' subsequent petition for a rehearing en banc and application for emergency administrative stay of the June 27th Order was denied.  *Jackson* Appeal Doc. No. 2127131.  The appeal was scheduled to be fully briefed by October 14, 2025, *see Jackson* Appeal, No. 2127393, and the matter was scheduled for oral argument on November 21, 2025.

On September 29, 2025, the D.C. Circuit ordered that the *Jackson* Appeal be removed from the November 21, 2025, oral argument calendar and held in abeyance pending the Supreme Court's

disposition of *Donald Trump, et al. v. Rebecca Slaughter, et al.*, No. 25-332 (*cert. granted*, Sept. 22, 2025).  *See Jackson* Appeal No. 2137602.  The D.C. Circuit also directed the parties to file motions governing future proceedings in the *Jackson* Appeal within 30 days of the Supreme Court's decision.  *Id.*  The *Trump v. Slaughter* case remains pending in the Supreme Court, and the *Jackson* appeal remains in abeyance in the D.C. Circuit.

Throughout the pendency of the *Jackson* Appeal, this Court has granted the Parties' requests to stay proceedings in the interest of judicial economy.  *See*, ECF Nos. 40, 47, 49.  The Parties have conferred and agree that a stay in this matter remains appropriate.  Pursuant to the Court's August 5th Order, the Parties will file another status report in 60 days or otherwise comply with the Court's directives for lifting or modifying the stay.

Respectfully submitted,

Dated: March 24, 2026

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | JEANINE FERRIS PIRRO United States Attorney |
| By: */s/ Daniel M. Eisenberg* Andrew G. Celli, Jr.* Daniel M. Eisenberg (Bar No. 90017823) Maggie Turner* Rachael Wyant* | By: */s/ Johnny Walker* SAM ESCHER, D.C. Bar #1655538 JOHNNY WALKER, D.C. Bar #991325 Assistant United States Attorneys |
| One Rockefeller Plaza, 8th Floor New York, New York 10020 (212) 763-5000 acelli@ecbawm.com deisenberg@ecbawm.com mturner@ecbawm.com rwyant@ecbawm.com | 601 D Street, NW Washington, DC 20530 Escher: (202) 252-2531 Walker: (202) 252-2511 Sam.Escher@usdoj.gov Johnny.Walker@usdoj.gov |
| | *Attorneys for Defendants* |

*Admitted pro hac vice.

- 3 -

ALI & LOCKWOOD LLP

By: /s/ Kathryn Ali
Kathryn Ali (Bar No. 994633)
Elizabeth Lockwood (Bar No. 1029746)
Meghan Palmer (Bar No. 1736144)

501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Attorneys for Plaintiffs*